RECEIVED

MAY 18 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

**FILED**

May 24, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM
DEPUTY

1. United State District Court
Western District of Texas
San Antonio Division

2. Earl Eugene Clark
Plaintiff

3. Case Number

SA22CA0490 XR

4. The Boeing Company
Defendant

5. Earl Eugene Clark, 427 Bertetti Dr San Antonio Texas
78227 (210) 709-3682

6. The Boeing Company, 100 North Riverside Plaza, Chicago, IL
60606

7. Civil Complaint, Deprivation Sercured By
United States Constitution

8. Jurisdiction: U.S.C. 28, Judiciary and Judicial
Procedure, Section 1331. "... District courts...
have original jurisdiction ... all civil action
arising under ... Constitution ... of the United
States.

9. Cause of Action arise pursuant Civil Rights, 42 U.S.C.

(1.)

9. cont.   Section 1983 "... Every person ... under ... any
Statue ... subjected ... deprivation ... secured
by ... constitution ... shall be liable ... to ...
party injured in ... action at law for redress."

10.   Plaintiff declares deprivation pursuant U.S. Constitut-
ion Article 1, section 2, "... Representative and
direct taxes ... Apportioned ... within the Union
According ... respective numbers ... determined
by adding to the whole number of Free Persons;"
or Worker.

11.   Restated, Defendant denied i.e. or subjected deprivat-
ion by reason for untrue certification test re-
sults, Thus deprivation for employment for plaint-
iff. (Barred worker or Barred Free Persons).
(Monroe V. Pape, 365 U.S. 167 (1961).

## Back Ground

12.   Plaintiff was employed by defendant for following dates
12/08/2008 through 12/20/2012. Plaintiff roles,
assembler and later Aviation Maintenance Technic-

(2)

12. cont.   an (FAA Licensed).

13.   Plaintiff completed all assignments by reason for maint-
ainting all certifications (Approved engineering process-
es build plans - Federal Aviation Administration i.e.
14 C.F.R. Chapter 21; 21.1(a)(1)(i)(ii) et seq 21.1(a)(iii),
defendants accountibilities for public interest.
(Federal Aviation Act of 1958, P.L. 85-726; Stat
737, 49 U.S.C. App¶301 et seq., P.L. 103-272
Section 44701.

14.   May 5, 2010 Plaintiff began continued   airworthiness
project for defendant ending October 30, 2011.
(a.) The work site was Palmdale California. Exhibits
labels for Plaintiff marked i.e. P-1, P-2, P-3 . . .
etc.                                                    P-1
(b.) Plaintiff deployed from Everett Washington.
(c.) Plaintiff returned to Everett Washing November
2011.
(d.) The Project Passed Continued Airworthiness
Certification September 2011.

15.   Plaintiff began recertification scheduling and testing
November 2011.

15. cont.

(a.) Plaintiff was told he did not pass and was released from employment January 2012.

(b.) Defendant to this day continues to contact plaintiff via email for Job opportunites. By reason for these contact arise cause of action.

(c.) 12/30/21 ... "review ... For consideration Aviation maintenance Technician & Inspector    P2

(d.) 02/11/2022 "... contingent offer ... "    P-3

(e.) 02/11/2022 "... Pass drug Screen."    P-4

(f.) 02/17/2022 "... Pass Back Ground check."    P-5

(g.) 02/17/2022 "... Pass Medical."    P-6

(h.) 02/24/2022 "... Start date/on boarding schedule."    P-7

(i.) 02/24/2022 "... Negative Rehire Indicator."    P-8

(J.) 03/23/2022 "... Welcome to Boeing Tech Check."    P-9

16.  Boeing Service-Now @ boeing.com - To earl clark54@    P-10
hotmail.com "... Earl, personnel record listed not eligible rehire ... determination ... Never eligible For rehire Boeing or contractor working with boeing. No appeal. No personal contact ... determination Final not granted Further reveiw. Dates December 5, 2016. Again February, 28, 2022. Plaintiff (P-8) supra.

17.                    Facts :

    1.) No cause Found For Texas unemployment comission
       For discharge. Benefits affirmed.
    2.) Defendant not Plaintiff subjected derivation
       For employment.

18.                  Allegation 1.

Defendant recertification test was not properly
    administrated. Test methods allowed testor
    opportunities For cancelling test answers, i.e.
    Test Question black out answers or sheets
    were reversed by reason For reversed cover
    sheets For answers applied, i.e. upside down,
    Cancelling correct answers or wrong scores.

19.                 Allegation 2 (Proof)

Plaintiff allege FAA will conFirm test inaccuracies
    For Defendant Manual For recertification For
    Plaintiff For time October through November 2011.
    a.) 14 CFR Part 21, Certification Procedures For
       Products and Articles:


                        (5)

19 cont.   b.) 21.33 Inspection and test.
" " (b)(4) "... Manufacturing processes... "

c.) 21.183 "Each applicant must apply for
production certificate ... manner prescribe
... FAA.

d.) 21.135 (a)(1) ..."how... ensure compliance... "
" " " (2) ..."assigned responsibilities ...
Quality Management.

e.) 21.140 ... Inspections and test.

F.) 21.145 ... Privileges.
" " (b)(2) Issue a certificate of competency
to persons success Fully completing Approved
training program...                    e.g. P-11

g.) 14 C.F.R. Subpart C 125.71 Preparation.


20.              Conclusion: Deviation thus
                        Deprivation


21.   Plaintiff for life was punishment or injury not
      based in truth.

      a.) Are there any other so styled or likewise
      dismissed.

      b.) Plaintiff Federal Aviation Administration
      license deprived for employment injures


                        (6)

21. cont.   economics, $ 80,000 yearly, Antisipated work life
For 15 years, total $ 1,200,000.

22.   For all of the above truths I pray Justice.

e.) Pursuant U.S.C. Title 42, section 1983 (Ibid)
plaintiff subjected deprivation or subtracted
Free Person, Not "adding" Free Person or employed.
Contrary U.S. Constitution, Article 1 section
2.

23.                     AFFIRMATION

I swear under penalty of perjury all the
aforementioned statements are my own and
are true.

Signed this  7th    day of  May          ,
2022.

_Earl Eugene Clark_
Earl Eugene Clark
427 Bertetti Dr
San Antonio Texas 78227
(210) 709-3682

(7)



# BOEING

## DOMESTIC TEMPORARY ASSIGNMENT LETTER - PRO6281
## BCA FOT&V 747-8 – GROUP EXCEPTION #1257802762

**P-1**

| NAME (LAST, FIRST, MI) | BEMS ID # | ASSIGNMENT LETTER # |
|---|---|---|
| CLARK, EARL E | 1848630 | D01893 |

| DTA LOCATION, PHONE | RELOCATION SPECIALIST | PHONE |
|---|---|---|
| PALMDALE, CA | CINDY WICKLIFF | 206-662-7226 |

| CURRENT BUSINESS GROUP | ACCT BUSINESS UNIT/LOCATION/DEPT | ASSIGNMENT BUSINESS GROUP | ASSIGNMENT ACCT BUSINESS UNIT/LOCATION/DEPT |
|---|---|---|---|
| EOT | 9R TE BGXA | EOT | 9R TE BGXA |

PURPOSE OF DOMESTIC TEMPORARY ASSIGNMENT: (maximum of 2 lines)
**SUPPORT BCA 747-8 PROGRAM**

RELOCATION EXPENSE CHARGE NUMBERS:

Activity ID: 9R661244

| DTA START DATE | PERMANENT WORK LOCATION | DTA WORK LOCATION | DTA END DATE |
|---|---|---|---|
| 05/01/10 | SEATTLE, WA | PALMDALE, CA | 11/30/10 |

### Summary of Provisions

**NOTE:** The benefits listed below apply only if you physically relocate to the new work location.

**Enroute:**
Up to 4 days of enroute salary (per PRO6652, PRO31 guidelines)
Up to 3 days of lodging and per diem
- ☐ Common Carrier - 0 passengers
- ☒ Personally Owned Vehicle (POV) - 1 vehicles
   1125 miles per MapQuest (Work city to Work city)
   Mileage paid at Boeing rate in effect at time of travel
- ☐ Trailer mileage at Boeing rate per mile ☐ Rental ☐ Owned

**Temporary Lodging and Per Diem\*:**
Up to 30 days lodging and per diem

Per Diem Rates\*
$34 per day for employee
$0 per day for 1st dependent
$0 per day for 0 additional dependents

NOTE: Per diem is intended to supplement meal expenses and incidentals such as laundry services, telephone calls, internet charges, etc.

- ☐ Location-Specific Per Diem at $_____ per day
   Housing portion $
   Meal portion $
-or-
- ☒ Actual Cost of Authorized Corporate Housing with Meal Per Diem
   Meal portion $ 26. per day

**Household Goods:**
Household Goods shipment of 1,000 lbs./no furniture rental
Type of move: ☒ Company-provided Carrier ☐ Self Move
Up to 30 days of storage in transit
0 vehicles being shipped
   0 Car Rental – up to 21 days authorized once vehicle is shipped

**Intangible Allowance:** $1,500

**Home Trips Authorized:** Unaccompanied - every third weekend

**Destination Rental Services:** Not eligible

**Additional authorized time off:**
Up to 2 days for relocation related activity

**Domestic Assignment Allowance:** 10%

**Tax Assistance:** California - 66%

**COMMENTS:**
(1) ALL ALLOWED EXPENSES MUST BE CLAIMED ON TRAVEL EXPENSE REPORTS IN EBC WITHIN 12 DAYS OF EXPENSES BEING INCURRED
(2) ALL REIMBURSEMENT PROVISIONS ARE SUBJECT TO LIMITS ESTABLISHED BY PRO6281 AS INTERPRETED BY GLOBAL MOBILITY.

AT THE TIME IT IS KNOWN BY MANAGEMENT THAT AN ASSIGNMENT: 1) WILL LAST ONE YEAR OR MORE, OR 2) IS EXPECTED TO LAST ONE YEAR OR MORE, OR 3) IS INDEFINITE IN DURATION (COULD POSSIBLY LAST ONE YEAR OR MORE), THE EMPLOYEE'S PER DIEM AND TRAVEL REIMBURSEMENTS ARE IMMEDIATELY SUBJECT TO THE APPLICABLE FEDERAL, STATE, AND LOCAL TAX REPORTING AND WITHHOLDING REQUIREMENTS. (SEE FTII II-2.6 APPENDIX B NO. 01.)

Maintaining your home means you retain the same residence and incur substantially the same expenses you had prior to the DTA. Your home means your main residence. It may be a house, apartment, condominium, mobile home or similar dwelling. It does not include other homes owned or kept up by you or other members of your family. Selling, leasing, subleasing, or otherwise generating income from your home, or renting space not formerly occupied by you as your residence, does not qualify as maintaining a home.

Based on the above, I certify I will maintain my home and continue to incur expenses related thereto during my DTA.

DUPLICATE HOUSING COSTS: ☐ YES ☒ NO

| EMPLOYEE SIGNATURE | DATE |
|---|---|

I ACKNOWLEDGE MY OBLIGATION TO ACCOUNT FOR EXPENDITURES MADE IN CONNECTION WITH THIS ASSIGNMENT AND AGREE TO SUBMIT EXPENSE REPORTS TO RETURN ANY UNUSED ADVANCES, AND TO REIMBURSE THE COMPANY FOR UNAUTHORIZED COSTS ASSOCIATED WITH THIS MOVE AFTER 90 DAYS AFTER MY HOUSEHOLD AND PERSONAL GOODS HAVE BEEN DELIVERED TO MY NEW RESIDENCE. I HEREBY AUTHORIZE AND AGREE THAT SHOULD I FAIL TO COMPLY WITH THESE OBLIGATIONS, THE COMPANY MAY, IN ITS SOLE DISCRETION, AND TO THE EXTENT AUTHORIZED BY APPLICABLE STATE LAW, WITHHOLD FROM ALL OR ANY PART OF MY SALARY OR WAGE AN AMOUNT EQUAL TO THE TOTAL AMOUNT OF ADVANCE NOT ACCOUNTED FOR OR RETURNED AND ANY UNAUTHORIZED COSTS.

**I HAVE READ THIS AGREEMENT AND ACCEPT ITS TERMS AND CONDITIONS, SHOWN ABOVE.**

| EMPLOYEE SIGNATURE | DATE |
|---|---|
| X _Earl Eugene Clark_ | 04 - 16 - 2010 |

| RELOCATION SPECIALIST SIGNATURE | TYPE OR PRINT RELOCATION SPECIALIST | DATE |
|---|---|---|
| _Cindy Wickliff_ | CINDY WICKLIFF | 04/15/10 |

**DISTRIBUTION:** ORIGINAL – E-FOLDER     E-MAIL SIGNED AL – TRVL ACCT     E-MAIL – RECEIVING MANAGER MATTISON, THOMAS J

Revised: 01.14.10

## Your application for 00000273034 Aviation Maintenance Technician and Inspector (Evergreen) (Open) at Boeing

**P-2**

Boeing@myworkday.com <Boeing@myworkday.com>

Thu 12/30/2021 4:10 PM

To: earlclark54@hotmail.com <earlclark54@hotmail.com>

Business Process: Job Application: Earl Clark - 00000273034 Aviation Maintenance Technician and Inspector on 12/30/2021

Subject: Earl Clark - 00000273034 Aviation Maintenance Technician and Inspector

Hello Earl Clark ,

Thank you for your interest in Boeing and for applying for 00000273034 Aviation Maintenance Technician and Inspector (Evergreen) (Open) .

At Boeing, we are committed to growing the best team and talent to power the future of our company and support our customers' success. Our selection process is designed to help us get to know you and for you to learn more about us. In the next few business days, members of our Talent Acquisition team will review your experience and qualifications for the job opening.

We'll connect soon to confirm next steps,

Global Talent Acquisition

Boeing is an Equal Opportunity Employer. Employment decisions are made without regard to race, color, religion, national origin, gender, sexual orientation, gender identity, age, physical or mental disability, genetic factors, military/veteran status or other characteristics protected by law.

Replies to this message are undeliverable and will not reach the Talent Acquisition Team. Please do not reply.

This email was intended for earlclark54@hotmail.com

**Pre-Employment Drug Testing Notification**



Holley (US), Joy C <Joy.C.Holley@boeing.com>
Fri 2/11/2022 2:28 PM
To: earlclark54@hotmail.com <earlclark54@hotmail.com>

📎 2 attachments (536 KB)
Quest Applicant Collection Site Instructions.pdf; EARL E CLARK - QPassport-63583472.pdf;

Dear Earl Clark,

Congratulations on your contingent offer of employment with The Boeing Company!

To ensure your drug test results are properly processed and transferred to Boeing, you have been pre-registered through the Quest Diagnostics' online system. Please note that I selected the collection site on the attached *Drug Test Confirmation* based on the address provided on your application and supports the electronic form process.

**If for any reason this location will not work for you,** please call Quest Diagnostics directly to locate a different collection site at 1-888-628-6332. Please inform them that you **MUST** go to a site that is *electronic-ccf (e-ccf)* enabled. (Note: not all Quest sites support the electronic request process).

To view current wait times for the nearest collection site(s), simply click on the following link and enter your zip code. https://appointment.questdiagnostics.com/patient/confirmation

**IMPORTANT NOTE REGARDING COVID-19:** To protect the health and safety of the collection site staff and donors/patients, ALL collection sites are requiring patients/donors to wear a mask/face covering (i.e. bandana, handmade mask, scarf, etc.). **The collection site will not be able to provide a mask for you.** In addition, they will turn you away if you have a fever of 100.3 or higher.

**IMPORTANT NOTE REGARDING ATTACHMENTS:** Attached you will find the *Drug Test Confirmation* and *Boeing Applicant Instructions*.
- *Drug Test Confirmation*: You **MUST** print this confirmation and take it with you to the collection site (the collection site cannot process your drug testing without it).
- *Boeing Applicant Instructions*: Please print and review the instructions prior to taking your drug test. You **MUST** take the printed instructions with you to the collection site.

Lastly, you **MUST** complete your drug testing within **two (2) business days**; therefore, it's imperative that you take immediate action upon receiving this email.

Please feel free to contact me if you have any questions or issues opening the attachments.

Best regards,

**Joy Holley**
Human Resources | The Boeing Company
Desk: (843) 641-4903 / E-Mail: Joy.C.Holley@boeing.com

 **i3screen**

| | Test Results |
|---|---|

**Date Results Transmitted:** 2022-02-17 12:14 PM
**Transmitted By:** DRN
**Participant/Donor:** EARLE CLARK

**SSN/EID:** 1848630
**CCF/Specimen ID:** QD20522137

**Specimen Type:** URINE
**Company:** THE BOEING COMPANY
**Location:** Boeing Global TA - DOT
**Lab Account Number:** 10580620

**Reason for Test:** PRE-EMPLOYMENT
**Date Specimen Collected:** 2022-02-16

**Laboratory:** Quest Diagnostics
**Collection Site:** QUEST DIAGNOSTICS INSIDE
**Collection Site Phone:** 2104044462
**Program:** DOT
**Agency:** FAA
**Date MRO Received CCF Copy 2:** 2022-02-16
**Date Test Verified by MRO:** 2022-02-17

### Test Results

**Panel -   DOT DRUG PANEL W/ TS (EXP OPI, OXY, MDMA, 6AM) 65304N**

| Drug | Results | Screen | Confirm |
|---|---|---|---|
| Amphetamines | NEGATIVE | 500 | 250 |
| Cocaine | NEGATIVE | 150 | 100 |
| Marijuana | NEGATIVE | 50 | 15 |
| Opiates | NEGATIVE | 2000 | 2000 |
| Phencyclidine (PCP) | NEGATIVE | 25 | 25 |

#### MY DETERMINATION/VERIFICATION IS: NEGATIVE

**Conditions/Comments**

This specimen was tested at the above referenced laboratory under HHS guidelines that mandate beginning 01/01/18, the testing of Opiates is to be renamed Opioids and testing includes Oxycodone, Oxymorphone, Hydrocodone and Hydromorphone.

**Certified Medical Review Officer**

David Nahin M.D.                    Signature _____ *V. Nahin MD* _____

The information contained in this message is CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you believe you have received the message in error, please contact our Client Services Department at and delete the message without copying or disclosing it.

9501 NORTHFIELD BLVD, DENVER, CO 80238 | Phone: 877-585-7366 | Fax: 855-253-5666

 **i3screen**

2/25/2022      Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 12 of 49

HireRight Report to The Boeing Company (US Main). Subject: Complete Report.

"This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it was accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report."

California Consumers: You may view the file maintained on you by HireRight during normal business hours. You may also obtain a copy of this file, upon submitting proper identification and paying the costs of duplication services, by appearing at HireRight's offices in person, during normal business hours and on reasonable notice, or by mail; you may also receive a summary of the file by telephone upon written request with proper identification. HireRight has trained personnel available to explain your file to you, including any coded information. If you appear in person, you may be accompanied by one other person, provided that person furnishes proper identification. If you would like additional information regarding your disclosure rights, you can request this information from HireRight by e-mail at customerservice@hireright.com, by telephone at 866-521-6995 or by mail at 100 Centerview Dr, Nashville, TN 37214.

"Este informe no garantiza la certeza ni la veracidad de la información en cuanto al sujeto de la investigación, pero sólo que fue copiado exactamente de archivos públicos. La información engendró a consecuencia del robo de la identidad, inclusive la evidencia de la actividad criminal, puede ser asociado inexactamente con el consumidor que es el sujeto del informe".

Los Consumidores de California: Usted puede ver el archivo mantenido en usted por HireRight durante horas de oficina normales. Usted puede obtener también una copia de este archivo, a someter identificación y pagar apropiados los costos de servicios de duplicación, apareciendo en oficinas de HireRight en la persona, durante horas de oficina normales y en la nota razonable, o por el correo; usted puede recibir también un resumen del archivo por teléfono sobre el pedido escrito con identificación apropiada. HireRight ha entrenado el personal disponible para explicarle su archivo a usted, inclusive información codificada. Si usted aparece en la persona, usted puede estar acompañado de uno otra persona, con tal de que persona proporcione identificación apropiada. Si usted querría información adicional con respecto a sus derechos de la revelación, usted puede solicitar esta información de HireRight por correo electrónico en customerservice@hireright.com, por teléfono en 866-521-6995 o por el correo en 100 Centerview Dr, Nashville, TN 37214.



P-5

2/25/2022     HireRight Report to The Boeing Company (US Main). Subject: Complete Report.

Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 13 of 49

# HIRE RIGHT

## Earl Eugene Clark

**Complete Report**

**Social Security Number:** \*\*\*-\*\*-9662
**DOB:** \*\*/\*\*/\*\*\*\*
**Other Last Name:**
NA

**Prepared By:**
HireRight, LLC
14002 E. 21st Street Suite 1200
Tulsa, OK 74134
Phone: 866-521-6995
Fax: 877-797-3442
customerservice@hireright.com

**Request #: WD-021722-9B2SR**
Turnaround time: 4.8 business days
**Package:** New Hire (Basic)-3.0

**Requested By:**
Joy Holley
The Boeing Company (US Main)
PO Box 3707 MC: 17-MT
Seattle, WA 98124
Phone: +1 (866) 473-2016
E-mail: boeingapplicantservices@boeing.com

**Date Request Submitted:** Feb 17, 2022 7:36 AM PST
**Request Completion Date:** Feb 25, 2022 4:06 AM PST
**Date Last Modified:** Feb 25, 2022 11:21 AM PST
**Adjudication Status: Client Review Required**
**Adjudication Pending Date:** Feb 25, 2022 11:21 AM PST
**BEMSID:** 1848630
**Job Title:** Aviation Maint Tech & Insp-Fld
**Requisition Number:** 00000120611
**Work Location (City):** Everett, WA
**Job Code:** 97109-029

| Product | Verification | Result | Adjudication Result |
|---|---|---|---|
| Criminal & Offense History | San Antonio, Bexar, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Dallas, Dallas, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Dallas, Dallas, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Abilene, Taylor, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Dallas, Dallas, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | King, WA, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Maricopa, AZ, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Clark, NV, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | San Antonio, Bexar, TX, USA Bexar, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | San Antonio, Bexar, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Abilene, Taylor, TX, USA | Complete - No Court Record Found | Client Review Required |
| Criminal & Offense History | Abilene, Taylor, TX, USA | Complete - No Court Record Found | Client Review Required |
| SSN Validation | SSN Validation | Complete - SSN has been issued by the SSA and not found in Death Master Index | Client Review Required |
| Education Report | St. Philip's College | Complete - Discrepancy | Client Review Required |
| Self Adjudication 3.0 | Self Adjudication 3.0 | Client Review Required | Client Review Required |
| Employment Plus | NA | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Link Staffing | Complete - Data Verified | Client Review Required |

2/25/2022    HireRight Report to The Boeing Company (US Main), Subject: Complete Report.

Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 14 of 49

| Employment Plus | North Central Baptist Hospital | Complete - Data Verified | Client Review Required |
|---|---|---|---|
| Employment Plus | Scrubs Medical Laundry Service | Complete - Data Verified | Client Review Required |
| Employment Plus | Methodist Hospital | Complete - Data Verified | Client Review Required |
| Employment Plus | St. luke's Baptist Hospital | Complete - Data Verified | Client Review Required |
| Employment Plus | NA | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | NA | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | NA | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | NA | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Eagle Aviation Services Inc. | Complete - Data Verified | Client Review Required |
| Employment Plus | VT SAA | Complete - Data Verified | Client Review Required |
| Employment Plus | Boeing | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Boeing | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Boeing | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Keystone Helicopter / PA Licensed A&PAircraft | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Sikorsky Inc. / CT Licensed A&P | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Evergreen Air Center | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Northwest Airline/ PMG MN | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Timco / NC Licensed A&PAircraft | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | San Antonio Aerospace | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | DalFort Aerospace | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | Dee Howard /TX Licensed A&PAircraft | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | US Military DOD | Closed - Not Verified per Guidelines | Client Review Required |
| Employment Plus | US Military DOA | Closed - Not Verified per Guidelines | Client Review Required |
| Federal Criminal - National | Federal Criminal - National | Complete - No Court Record Found | Client Review Required |
| SSN Trace | *****9662 | Complete - Data Found | Client Review Required |
| National Sex Offender Registry | National Sex Offender Registry | Not in Registry | Client Review Required |
| National Sex Offender Registry | National Sex Offender Registry | Not in Registry | Client Review Required |
| National Sex Offender Registry | National Sex Offender Registry | Not in Registry | Client Review Required |
| Prohibited Parties | Prohibited Parties | Complete - Not in Database | Client Review Required |

2/25/2022    HireRight Report to The Boeing Company (US Main). Subject: Complete Report.

Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 15 of 49

| | | | |
|---|---|---|---|
| Prohibited Parties | Prohibited Parties | Complete - Not in Database | Client Review Required |
| Prohibited Parties | Prohibited Parties | Complete - Not in Database | Client Review Required |
| Widescreen Plus National Criminal Search | Widescreen Plus National Criminal Search | Completed | Client Review Required |
| Widescreen Plus National Criminal Search | Widescreen Plus National Criminal Search | Completed | Client Review Required |
| Widescreen Plus National Criminal Search | Widescreen Plus National Criminal Search | Completed | Client Review Required |

## Adjudication Results Summary

**The Boeing Company Self 3.0 GL Set (GL-EVSBO-001) v1.1**

**AutoLibrarySet - All Pending Self Adjudication 3.0 (GL-000-002) v3**

| Alert | Product | Status | Subrequest Adjudication |
|---|---|---|---|
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |
| ▶ | Employment Plus | Completed | Client Review Required |

| | | | |
|---|---|---|---|
| ┝ | | | |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | Employment Plus | Completed | Client Review Required |
| ┝ | SSN Validation | Completed | Client Review Required |
| ┝ | Education | Completed | Client Review Required |
| ┝ | SS Trace/Credit | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |
| ┝ | Court Records | Completed | Client Review Required |

2/25/2022     HireRight Report to The Boeing Company (US Main), Subject: Complete Report.

Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 17 of 49

| | | | |
|---|---|---|---|
| ⊧ | | | |
| ⊧ | Court Records | Completed | Client Review Required |
| ⊧ | Court Records | Completed | Client Review Required |
| ⊧ | Court Records | Completed | Client Review Required |
| ⊧ | Prohibited Parties | Completed | Client Review Required |
| ⊧ | Prohibited Parties | Completed | Client Review Required |
| ⊧ | Prohibited Parties | Completed | Client Review Required |
| ⊧ | National Sex Offender Registry | Completed | Client Review Required |
| ⊧ | National Sex Offender Registry | Completed | Client Review Required |
| ⊧ | National Sex Offender Registry | Completed | Client Review Required |
| ⊧ | Widescreen Plus National Criminal Search | Completed | Client Review Required |
| ⊧ | Widescreen Plus National Criminal Search | Completed | Client Review Required |
| ⊧ | Widescreen Plus National Criminal Search | Completed | Client Review Required |

Earl Clark, ***-**-9662

# Employment Plus

*25 subrequests*

**1. Employer: NA**

**Closed - Not Verified per Guidelines** [1]

   **Location:** San Antonio, TX, USA

   **Phone:**

   **Name (When you held this position):**

   **Social Security Number:** XXXXX9662

   **Spoke With:**

   **Time Completed:** Feb 17, 2022 2:08 PM PST

   **HireRight Comments:** Feb 17, 2022 1:09 PM PST - Nueva, Rechelle - Note: This request is being closed in accordance to HireRight's policy. HireRight does not verify this type of request: unemployment. {pgh}

| | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | NA | Na |
| **Job Title:** | NA | |
| **Dates of Employment:** | Jun 2021 - Present | |

**2. Employer: Link Staffing**

**Complete - Data Verified** [1]

   **Location:** San Antonio, TX, USA

   **Phone:** +1 (210) 523-8000

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:** fax on file

**Time Completed:** Feb 18, 2022 6:51 PM PST

**HireRight Comments:** Feb 17, 2022 1:11 PM PST - Nueva, Rechelle - Note: HireRight submitted to TALX. The Work Number automation, The information in TALX system returned no records matching the source listed

Feb 17, 2022 1:13 PM PST - Nueva, Rechelle - Note: Per research source called at 210) 523-8000; Unable to establish contact due to continuous ringing.

Feb 17, 2022 1:14 PM PST - Nueva, Rechelle - Note: Per research source called at 210) 523-8000; Unable to establish contact due to continuous ringing.

Feb 17, 2022 1:15 PM PST - Nueva, Rechelle - Note: Per research source called at (888) 929-(5465); Unable to establish contact

Feb 17, 2022 1:16 PM PST - Rechelle Nueva - Per HireRight Database, email sent to hr@linkstaffing.com. Estimated time to receive response from source: unknown. The following information was provided: Electronic Consent (E-Consent).

Feb 18, 2022 11:23 AM PST - Nueva, Rechelle - Note: Per research source called at 210) 523-8000; Unable to establish contact due to continuous ringing.

Feb 18, 2022 11:25 AM PST - Nueva, Rechelle - Note: Per research source called at 210) 523-8000;Advised to send fax.

Feb 18, 2022 11:26 AM PST - Rechelle Nueva - Per HireRight Database, fax sent to 2105237944. Attn: Link Staffing Services. Estimated time to receive response from source: 48 hours. The following information was provided: Electronic Consent (E-Consent).

Feb 18, 2022 12:38 PM PST - Nueva, Rechelle - Note: Received return fax from Link Staffing. Source provided information for verification.

Feb 18, 2022 12:48 PM PST - Nueva, Rechelle - Note: Verified. Applicant currently employed. {vs}

|  | **Information Provided** | **Information Verified** |
| --- | --- | --- |
| **Self-Employed:** | | |
| **Employer/Name of company:** | Link Staffing | Link Staffing Services |
| **Job Title:** | general labor | general labor |
| **Dates of Employment:** | Jun 2020 - Present | May 30, 2019 - Present |

**3. Employer: Eagle Aviation Services Inc.**          **Complete - Data Verified** [1]

**Location:** Abilene, TX, USA

**Phone:** +1 (325) 672-0983

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:** Reference Number: 988470818501

**Time Completed:** Feb 17, 2022 12:43 PM PST

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - HireRight Automation - Multiple records returned from TALX, requires further review.

Feb 17, 2022 12:43 PM PST - Dawa, Tawang - 2/17/2022 12:43 PM - Dawa, Tawang - Per HireRight's database Employer only verifies via TALX4 - WorkNumber. Submitted request. Request ID: 988470818495. Surcharge applies.

Feb 17, 2022 12:43 PM PST - Dawa, Tawang - Note: Verified by TALX-Work Number. {vs}

|  | **Information Provided** | **Information Verified** |
| --- | --- | --- |
| **Self-Employed:** | | |
| **Employer/Name of company:** | Eagle Aviation Services Inc. | Eagle Aviation Services, Inc. |
| **Job Title:** | Licensed FAA Mechanic | Aircraft Mechanic - Envoy |
| **Dates of Employment:** | Nov 2019 - Oct 2020 | Nov 26, 2019 - Oct 10, 2020 |

**4. Employer: St. luke's Baptist Hospital**        **Complete - Data Verified** [1]

**Location:** San Antonio, TX, USA

**Phone:** +1 (210) 297-5647

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:** Fax on file

2/25/2022     HireRight Report to The Boeing Company (US Main). Subject: Complete Report.

Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 19 of 49

**Time Completed:** Feb 24, 2022 8:10 AM PST

**HireRight Comments:** Feb 17, 2022 1:17 PM PST - Nueva, Rechelle - Note: HireRight submitted to TALX. The Work Number automation. The information in TALX system returned no records matching the source listed

Feb 17, 2022 1:18 PM PST - Nueva, Rechelle - Note: Per database source called at (210) 2975870 ; Per prompt HireRight reached St. luke's Baptist Hospital. Per prompt advised to contact the work number code is 10251. Spoke with a representative stated they only verify through the work number.

Feb 18, 2022 10:56 AM PST - Nueva, Rechelle - Note: Per database source called at (210) 2975870 ; Per prompt HireRight reached St. luke's Baptist Hospital. Per prompt advised to contact the work number code is 10251. Spoke with a representative stated they only verify through the work number.

Feb 18, 2022 10:58 AM PST - Nueva, Rechelle - Note: Per database source called at ((210)) 297-5871; Per prompt St. luke's Baptist Hospital . Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 18, 2022 11:00 AM PST - Nueva, Rechelle - Note: Per research source called at (210) 297-5000; Per prompt HireRight reached St. luke's Baptist Hospital.Per prompt advised to contact the work number code is 10251. Spoke with a representative stated they only verify through the work number.

Feb 21, 2022 4:54 PM PST - Rechelle Nueva - Note: Requested the following from the applicant: W-2 or 1099 for each year of employment for St. luke's Baptist Hospital. Email sent to earlclark54@hotmail.com.

Feb 22, 2022 3:16 PM PST - Nueva, Rechelle - Note: Per database source called at ((210)) 297-5871: Spoke with a representative and provided a number for 2102975873

Feb 22, 2022 3:20 PM PST - Nueva, Rechelle - Note: Per source's provided number source called at 2102975873; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 22, 2022 3:22 PM PST - Nueva, Rechelle - Note: Per applicant provided number source called at (210) 297-5647; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 23, 2022 8:33 AM PST - Nueva, Rechelle - Note: Received return call stated that they are verifying through the work number.

Feb 24, 2022 7:16 AM PST - Tanquion, Vanessa - Note: HireRight submitted to TALX. The Work Number automation, The information in TALX system returned no records matching the source listed

Feb 24, 2022 7:17 AM PST - Tanquion, Vanessa - Note: Checked The Work Number employer code list, code on Hireright's database belongs to Subsidiaries/Affiliates of Tenet Health

Feb 24, 2022 7:17 AM PST - Tanquion, Vanessa - Note: Per research, Tenet and Baptist Health System Partnered and Form New Healthcare Network

Feb 24, 2022 7:17 AM PST - Tanquion, Vanessa - Note: Checked internal filing system. Candidate documentation not on file.

Feb 24, 2022 7:18 AM PST - Tanquion, Vanessa - Note: The applicant has more than one subrequest for this employer.

Feb 24, 2022 7:18 AM PST - Tanquion, Vanessa - Note: Per applicant provided number source called at (210) 297-4676; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 24, 2022 7:20 AM PST - Tanquion, Vanessa - Note: Per applicant provided number source called at (210) 297-5647. Spoke with representative, representative disconnected the call.

Feb 24, 2022 7:20 AM PST - Tanquion, Vanessa - Note: Per applicant provided number source called at (210) 297-5647. Unable to establish contact, call got disconnected.

Feb 24, 2022 7:21 AM PST - Vanessa Tanquion - Note: Resent request for the following to the applicant: W-2 or 1099 for each year of employment for St. luke's Baptist Hospital. Email sent to earlclark54@hotmail.com.

Feb 24, 2022 7:21 AM PST - Tanquion, Vanessa - Note: TALX has indicated they do not have any records for this applicant. The applicant has been contacted to provide supporting documentation. Upon receipt, we will update the request. Verified with Discrepancy as no records were found.

Feb 24, 2022 8:19 AM PST - John, Shafana - Note: Applicant contacted to state that this employment was through Link Staffing and we should contact them to get the verification, 210-523-8000 800-993-8762 ext 4405821, fax number 800-475-6074. 2105237944

Feb 25, 2022 6:19 AM PST - Ng, Janelle - Note: REWORK: Currently this request is assigned to the reworks team for additional research. Applicant Initiated.

Feb 25, 2022 6:19 AM PST - Ng, Janelle - Note: Called employer at 210-523-8000 per applicant provided number; Reached Snelling per source. Spoke with source. Advised fax already been sent out to HireRight last week.

Feb 25, 2022 6:23 AM PST - Ng, Janelle - Note: Received return fax from source. Verified. Applicant currently employed. {vs}

|  | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | St. luke's Baptist Hospital | Link Staffing Services |
| **Job Title:** | Dish Washer | General Labor |

**Dates of Employment:**     Aug 2019 - Present               May 30, 2019 - Present

**5. Employer:** Scrubs Medical Laundry Service                 **Complete - Data Verified** [1]

**Location:** San Antonio, TX, USA

**Phone:** +1 (210) 979-8545

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:** Fax on file

**Time Completed:** Feb 24, 2022 8:11 AM PST

**HireRight Comments:** Feb 17, 2022 1:24 PM PST - Nueva, Rechelle - Note: Per research source called at (210) 979-8545; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 17, 2022 1:27 PM PST - Nueva, Rechelle - Note: Per research source called at 888.558.5471; Spoke with a representative stated that I reached the wrong location

Feb 18, 2022 11:21 AM PST - Nueva, Rechelle - Note: Per applicant provided number leads to Star Towel Supply

Feb 18, 2022 11:21 AM PST - Nueva, Rechelle - Note: Per research source called at (210) 979-8545; Per salutation HireRight reached Scrubs Medical Laundry Service. Spoke with Sharon | President source stated we reached Scrubs Medical San Antonio. TX and that they don't have a records for the applicant

Feb 21, 2022 10:53 AM PST - Nueva. Rechelle - Note: Per research source called at (210) 979-8545; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 21, 2022 10:55 AM PST - Nueva, Rechelle - Note: Per research source called at (210) 979-8545; Per salutation HireRight reached Scrubs Medical Laundry Service. Spoke with Sharon | President source stated that they don't have a records for the applicant and advised to call back tomorrow

Feb 21, 2022 10:56 AM PST - Rechelle Nueva - Note: Requested the following from the applicant: W-2 or 1099 for each year of employment for Scrubs Medical Laundry Service. Email sent to earlclark54@hotmail.com.

Feb 22, 2022 1:37 PM PST - Nueva, Rechelle - Note: Per research source called at (210) 979-8545; Per salutation HireRight reached Scrubs Medical Laundry Service. Spoke with Sharon | President source stated that they don't have a records for the applicant.

Feb 23, 2022 5:17 PM PST - Rechelle Nueva - Note: Resent request for the following to the applicant: W-2 or 1099 for each year of employment for Scrubs Medical Laundry Service. Email sent to earlclark54@hotmail.com.

Feb 24, 2022 7:32 AM PST - Tanquion, Vanessa - Note: Checked internal filing system. Candidate documentation not on file.

Feb 24, 2022 7:34 AM PST - Tanquion, Vanessa - Delay:

-------Reason: Unanticipated Delay - For Informational Purposes Only - Awaiting response from the applicant

-------Estimated Completion Date:24-Feb-2022

Feb 24, 2022 7:35 AM PST - Tanquion, Vanessa - Note: The employer has indicated they do not have any records for this applicant. The applicant has been contacted to provide supporting documentation. Upon receipt, we will update the request. Verified with Discrepancy as no records were found.

Feb 24, 2022 8:18 AM PST - John, Shafana - Note: Applicant contacted to state that the this employment was through Link Staffing and we should contact the. to get the verification and his end dates should be July 17,2019. Contact numbers are 210-523-8000, 800-993-8762 ext 4405821 fax 800-475-6074.

Feb 25, 2022 8:16 AM PST - Ng, Janelle - Note: REWORK: Currently this request is assigned to the reworks team for additional research. Applicant Initiated.

Feb 25, 2022 8:16 AM PST - Ng, Janelle - Note: The applicant has more than one subrequest for this employer.

Feb 25, 2022 8:17 AM PST - Ng, Janelle - Feb 25. 2022 6:19 PM PST - Ng, Janelle - Note: Called employer at 210-523-8000 per applicant provided number; Reached Snelling per source. Spoke with source. Advised fax already been sent out to HireRight last week.

Feb 25, 2022 8:17 AM PST - Ng. Janelle - Note: Received return fax from source. Verified. Applicant currently employed. {vs}

| | Information Provided | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Scrubs Medical Laundry Service | Scrubs Medical Laundry Service |
| **Job Title:** | Medical Laundry Worker | General Labor |
| **Dates of Employment:** | Jul 2019 - Present | May 30, 2019 - Present |

2/25/2022     HireRight Report to The Boeing Company (US Main). Subject: Complete Report.

Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 21 of 49

**6. Employer:** Methodist Hospital                **Complete - Data Verified** [1]

  **Location:** San Antonio, TX, USA

  **Phone:** +1 (210) 575-4000

  **Name (When you held this position):**

  **Social Security Number:** XXXXX9662

  **Spoke With:** Jucissa E. | Operations Manager

  **Time Completed:** Feb 21, 2022 9:32 AM PST

  **HireRight Comments:** Feb 17, 2022 12:57 PM PST - Nueva, Rechelle - Note: Per database source verify through

Thomas and Thorngren
Feb 18, 2022 11:55 AM PST - Arasan, Tamizh - Submitted request to Thomas & Thorngren . No records found for Methodist Hospital CC HCA747.
Feb 18, 2022 1:22 PM PST - Tubis, Allyssa - Note: Per research called source at (210) 575-4000; reached Methodist Hospital, call got disconnected automatically.
Feb 18, 2022 1:25 PM PST - Tubis, Allyssa - Note: Per research called source at (210) 575-4000; Per salutation reached Methodist Hospital, spoke with source who advised they only verify via Thomas and Company only.
Feb 18, 2022 1:27 PM PST - Tubis, Allyssa - Note: HireRight submitted to TALX. The Work Number automation. The information in TALX system returned no records matching the source listed
Feb 18, 2022 1:28 PM PST - Allyssa Tubis - Note: Requested the following from the applicant: USA - W-2 or 1099 for each year of employment. Email sent to earlclark54@hotmail.com.
Feb 18, 2022 1:28 PM PST - Tubis, Allyssa - Delay:
-------Reason: Unanticipated Delay - For Informational Purposes Only - Awaiting response from applicant.
-------Estimated Completion Date:23-Feb-2022
Feb 21, 2022 9:26 AM PST - Tubis, Allyssa - Note: Applicant provided alternate contact number (210)523-8000 and (210)575-4000.
Feb 21, 2022 9:26 AM PST - Tubis, Allyssa - Note: Per reversed phone look up, the applicant provided number leads to LINK Staffing.
Feb 21, 2022 9:27 AM PST - Tubis, Allyssa - Note: Per applicant provided number called source at (210) 523-8000; Per salutation reached Staffing. spoke with source who provided fax number (210) 523-7944 TAT: 24 to 72, attn: unknown, e-consent. Source advised they already send a fax request and stated they are affiliated or contracted with Methodist Hospital.
Feb 21, 2022 9:31 AM PST - Tubis, Allyssa - Note: The applicant has more than one subrequest for this employer.
Feb 21, 2022 9:31 AM PST - Tubis, Allyssa - Note: Received return fax from Jueissa E. | Operations Manager. Verified. Applicant currently employed. {vs}

| **Information Provided** | | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Methodist Hospital | Methodist Hospital |
| **Job Title:** | Dish Washer | General Labor |
| **Dates of Employment:** | Jul 2019 - Present | May 30, 2019 - Present |

**7. Employer:** North Central Baptist Hospital        **Complete - Data Verified** [1]

  **Location:** San Antonio, TX, USA

  **Phone:** +1 (210) 297-4676

  **Name (When you held this position):**

  **Social Security Number:** XXXXX9662

  **Spoke With:** Fax on file

  **Time Completed:** Feb 24, 2022 8:10 AM PST

**HireRight Comments:** Feb 18, 2022 12:00 PM PST - Nueva, Rechelle - Note: Per database source (210) 297-4000 ; Per salutation HireRight reached North Central Baptist Hospital. Spoke with a representative and call was transferred. Pressed 6 for voe. Per prompt reached The work number and th employer code is 10251 .
Feb 18, 2022 12:04 PM PST - Nueva, Rechelle - Note: Per research and database are the same.
Feb 18, 2022 12:05 PM PST - Nueva, Rechelle - Note: Per applicant provided number source called at (210) 297-4676; Reached voice mail and left detailed message requesting for verification. No option to zero out.
Feb 18, 2022 12:06 PM PST - Rechelle Nueva - Per HireRight Database, fax sent to 210297-0404. Attn: North Central Baptist Hospital. Estimated time to receive response from source: unknown. The following information was provided: Electronic Consent (E-Consent).

Feb 21, 2022 5:06 PM PST - Nueva, Rechelle - Note: Per database source (210) 297-4000 ; Per salutation HireRight reached North Central Baptist Hospital. Spoke with a representative and call was transferred. Pressed 6 for voe. Per prompt reached The work number and th employer code is 10251 .

Feb 21, 2022 5:08 PM PST - Nueva, Rechelle - Note: Per applicant provided number source called at (210) 297-4676: Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 21, 2022 5:10 PM PST - Rechelle Nueva - Note: Requested the following from the applicant: W-2 or 1099 for each year of employment for North Central Baptist Hospital. Email sent to earlclark54@hotmail.com.

Feb 22, 2022 1:00 PM PST - Nueva, Rechelle - Note: Per applicant provided number source called at (210) 297-4676; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 22, 2022 1:02 PM PST - Nueva, Rechelle - Note: Per source:'s provided number source called at 2102974878; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 23, 2022 5:29 PM PST - Nueva, Rechelle - Note: Per database source (210) 297-4000 ; Per salutation HireRight reached North Central Baptist Hospital. Spoke with a representative and call was transferred. Pressed 6 for voe. Per prompt reached The work number and th employer code is 10251 .

Feb 24, 2022 7:10 AM PST - Tanquion, Vanessa - Note: HireRight submitted to TALX. The Work Number automation, The information in TALX system returned no records matching the source listed

Feb 24, 2022 7:11 AM PST - Tanquion, Vanessa - Note: Checked The Work Number employer code list, code on Hireright's database belongs to Subsidiaries/Affiliates of Tenet Health

Feb 24, 2022 7:12 AM PST - Tanquion, Vanessa - Note: Per research, Tenet and Baptist Health System Partnered and Form New Healthcare Network

Feb 24, 2022 7:13 AM PST - Tanquion, Vanessa - Note: Checked internal filing system. Candidate documentation not on file.

Feb 24, 2022 7:14 AM PST - Tanquion, Vanessa - Note: Per reverse phone lookup, applicant provided number do not lead to any business line.

Feb 24, 2022 7:15 AM PST - Tanquion, Vanessa - Note: Per applicant provided number source called at (210) 297-4676; Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 24, 2022 7:15 AM PST - Tanquion, Vanessa - Note: TALX has indicated they do not have any records for this applicant. The applicant has been contacted to provide supporting documentation. Upon receipt, we will update the request. Verified with Discrepancy as no records were found.

Feb 24, 2022 8:45 AM PST - John, Shafana - Note: Applicant contacted to state that this employment was through Link Staffing and we should contact them to get the verification, 210-523-8000 800-993-8762 ext 4405821, fax number 800-475-6074

Feb 25, 2022 6:25 AM PST - Ng. Janelle - Note: REWORK: Currently this request is assigned to the reworks team for additional research. Applicant Initiated.

Feb 25, 2022 6:25 AM PST - Ng. Janelle - Note: The applicant has more than one subrequest for this employer.

Feb 25, 2022 6:26 AM PST - Ng. Janelle - Note: Called employer at 210-523-8000 per applicant provided number; Reached Snelling per source. Spoke with source. Advised fax already been sent out to HireRight last week.

Feb 25, 2022 6:26 AM PST - Ng. Janelle - Note: Received return fax from source. Verified. Applicant currently employed. {vs}

|  | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** |  |  |
| **Employer/Name of company:** | North Central Baptist Hospital | North Central Baptist Hospital |
| **Job Title:** | House Keeper | General Labor |
| **Dates of Employment:** | Jun 2019 - Present | May 30, 2019 - Present |

**8. Employer: NA**                                    Closed - Not Verified per Guidelines [1]

**Location:** San Antonio, TX, USA

**Phone:**

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:**

**Time Completed:** Feb 17, 2022 2:09 PM PST

**HireRight Comments:** Feb 17, 2022 1:07 PM PST - Nueva, Rechelle - Note: This request is being closed in accordance to HireRight's policy. HireRight does not verify this type of request: unemployment. {pgh}

| | Information Provided | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | NA | Na |
| **Job Title:** | NA | |
| **Dates of Employment:** | Mar 2019 - Present | |

**9. Employer: NA**                                                                          Closed - Not Verified per Guidelines [1]

**Location:** San Antonio, TX, USA

**Phone:**

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:**

**Time Completed:** Feb 17, 2022 2:10 PM PST

**HireRight Comments:** Feb 17, 2022 1:05 PM PST - Nueva, Rechelle - Note: This request is being closed in accordance to HireRight's policy. HireRight does not verify this type of request: unemployment. {pgh}

| | Information Provided | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | NA | Na |
| **Job Title:** | NA | |
| **Dates of Employment:** | Jan 2016 - Present | |

**10. Employer: VT SAA**                                                                     Complete - Data Verified [1]

**Location:** San Antonio, TX, USA

**Phone:** +1 (520) 878-0273

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:** Linda | Office Manager

**Time Completed:** Feb 25, 2022 4:06 AM PST

**HireRight Comments:** Feb 17, 2022 3:42 PM PST - Nueva, Rechelle - Note: Per database source (210) 293-3200 ; Per prompt HireRight reached VT SAA. Unable to establish contact due to continuous prompt voice.

Feb 17, 2022 3:51 PM PST - Nueva, Rechelle - Note: Per database source (210) 293-6950 : Per prompt HireRight reached VT SAA. Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 17, 2022 3:53 PM PST - Rechelle Nueva - Per HireRight Database, fax sent to 210293-3727. Attn: VT San Antonio Aerospace Inc. Estimated time to receive response from source: unknown. The following information was provided: Electronic Consent (E-Consent).

Feb 18, 2022 11:36 AM PST - Nueva, Rechelle - Note: Per database source (210) 293-3200 ; Per prompt HireRight reached VT SAA. Spoke with a representative and stated that the applicant is a contractor and was paid by Job Air and advised to call at (210) 819-3115

Feb 18, 2022 11:52 AM PST - Nueva, Rechelle - Note: Per source's provided number source called at (210) 819-3115; Unable to establish contact.

Feb 21, 2022 4:56 PM PST - Nueva, Rechelle - Note: Per database source (210) 293-3200 ; Per prompt HireRight reached VT SAA. Unable to establish contact due to continuous prompt voice.

Feb 21, 2022 4:57 PM PST - Nueva, Rechelle - Note: Per database source (210) 293-6950 ; Per prompt HireRight reached VT SAA. Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 21, 2022 4:59 PM PST - Rechelle Nueva - Note: Requested the following from the applicant: W-2 or 1099 for each year of employment for VT SAA. Email sent to earlclark54@hotmail.com.

Feb 22, 2022 1:31 PM PST - Nueva, Rechelle - Note: Per source's provided number source called at (210) 819-3115; Unable to establish contact.

Feb 22, 2022 1:33 PM PST - Nueva, Rechelle - Note: Per database source (210) 293-6950 ; Per prompt HireRight reached VT SAA. Spoke with and call was transferred. Spoke with stated that the applicant is a contractor and was paid by Job Air and advised to call at (210) 819-3115

Feb 22, 2022 1:35 PM PST - Rechelle Nueva - Note: Resent request for the following to the applicant: W-2 or 1099 for each year of

employment for VT SAA. Email sent to carlclark54@hotmail.com.

Feb 23, 2022 5:35 PM PST - Nueva, Rechelle - Note: Received documentation from applicant. Received <type of document and dates>, issued from <employer>. < HireRight has only received limited documentation from what was originally requested>

Feb 23, 2022 5:36 PM PST - Nueva, Rechelle - Note: Per database source (210) 293-6950 ; Per prompt HireRight reached VT SAA. Reached voice mail and left detailed message requesting for verification. No option to zero out.

Feb 23, 2022 5:37 PM PST - Nueva, Rechelle - Note: Per source's provided number source called at (210) 819-3115; Unable to establish contact.

Feb 24, 2022 7:24 AM PST - Tanquion, Vanessa - Note: As per return email received from Robyne | HR Administrator. Applicant is not a "VT-SAA" employee. Advised to contact Cecilia Carmona for DOT or VOE's for Job Aire at email address ccarmona.jobaire@gmail.com or at (210) 819-3115.

Feb 24, 2022 7:24 AM PST - Tanquion, Vanessa - Note: E-mail address cannot be used to verify employment, per HireRight policy as there is no way to be sure that communication is for the intended source. Email domain must belong to the company submitted.

Feb 24, 2022 7:26 AM PST - Tanquion, Vanessa - Note: Per database called source at (520) 878-0112. Per source salutation, Hireright reached Job Aire. Spoke with Linda | Office Manager. advised to email request to jobaire@aol.com or fax at 520-791-9062, ATTN; Linda. TAT: 24- 48 hours, release not needed. Per source, she don't do verification over the phone and that is the only email address for VOE.

Feb 24, 2022 7:31 AM PST - Vanessa Tanquion - Per HireRight Database. fax sent to 5207919062. Attn: Linda. Estimated time to receive response from source: 48 hours. The following information was provided: Release.

Feb 24, 2022 8:22 AM PST - John, Shafana - Note: Applicant contacted to state that this employment was through Link Staffing and we should contact them to get the verification, 210-523-8000 800-993-8762 ext 4405821, fax number 800-475-6074.

Feb 25, 2022 4:05 AM PST - Tanquion, Vanessa - Note: Received return fax from Linda | Office Manager. Verified by employer. {vs}

|  | Information Provided | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | VT SAA | JOB AIRE |
| **Job Title:** | Licensed FAA Mechanic | Licensed FAA Mechanic |
| **Dates of Employment:** | Jan 2016 - Feb 2016 | Jan 2016 - Feb 2016 |

### 11. Employer: NA
Closed - Not Verified per Guidelines [1]

**Location:** San Antonio, TX, USA
**Phone:**
**Name (When you held this position):**
**Social Security Number:** XXXXX9662
**Spoke With:**
**Time Completed:** Feb 17, 2022 2:10 PM PST

HireRight Comments: Feb 17, 2022 1:04 PM PST - Nueva, Rechelle - Note: This request is being closed in accordance to HireRight's policy. HireRight does not verify this type of request: unemployment. {pgh}

|  | Information Provided | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | NA | Na |
| **Job Title:** | NA | |
| **Dates of Employment:** | Dec 2012 - Present | |

### 12. Employer: Boeing
Closed - Not Verified per Guidelines [1]

**Location:** Everett, WA, USA
**Phone:** +1 (206) 491-4718
**Name (When you held this position):**
**Social Security Number:** XXXXX9662
**Spoke With:**
**Time Completed:** Feb 17, 2022 7:36 AM PST

HireRight Comments: Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| Information Provided | | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Boeing | Boeing |
| **Job Title:** | Flight Line mechanic | |
| **Dates of Employment:** | Nov 2011 - Oct 2012 | |

**13. Employer:** Boeing                                                  Closed - Not Verified per Guidelines [1]

    **Location:** Palmdale, CA, USA

    **Phone:** +1 (206) 491-4718

    **Name (When you held this position):**

    **Social Security Number:** XXXXX9662

    **Spoke With:**

    **Time Completed:** Feb 17, 2022 7:36 AM PST

    **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy. this request is being closed due to the age being beyond 7 years. {pg7}

| Information Provided | | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Boeing | Symantec |
| **Job Title:** | Flight Test AMT | |
| **Dates of Employment:** | May 2010 - Nov 2010 | |

**14. Employer:** Boeing                                                  Closed - Not Verified per Guidelines [1]

    **Location:** Everett, WA, USA

    **Phone:** +1 (206) 491-4718

    **Name (When you held this position):**

    **Social Security Number:** XXXXX9662

    **Spoke With:**

    **Time Completed:** Feb 17, 2022 7:36 AM PST

    **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy. this request is being closed due to the age being beyond 7 years. {pg7}

| Information Provided | | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Boeing | |
| **Job Title:** | Assembler | |
| **Dates of Employment:** | Jan 2008 - May 2010 | |

**15. Employer:** NA                                                  Closed - Not Verified per Guidelines [1]

    **Location:** San Antonio, TX, USA

    **Phone:**

    **Name (When you held this position):**

    **Social Security Number:** XXXXX9662

    **Spoke With:**

    **Time Completed:** Feb 17, 2022 2:09 PM PST

    **HireRight Comments:** Feb 17, 2022 1:02 PM PST - Nueva, Rechelle - Note: This request is being closed in accordance to HireRight's policy. HireRight does not verify this type of request: unemployment. {pgh}

| Information Provided | | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | NA | Na |

**Job Title:**                NA
**Dates of Employment:**      Nov 2006 - Present

**16. Employer:** Keystone Helicopter / PA Licensed A&PAircraft                    Closed - Not Verified per Guidelines [1]

**Location:** Coateville, PA, USA

**Phone:** +1 (800) 633-1555

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:**

**Time Completed:** Feb 17, 2022 7:36 AM PST

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| **Information Provided** | **Information Verified** |
|---|---|
| **Self-Employed:** | |
| **Employer/Name of company:** Keystone Helicopter / PA Licensed A&PAircraft | |
| **Job Title:** Licensed FAA Mechanic | |
| **Dates of Employment:** Oct 2006 - Dec 2006 | |

**17. Employer:** Sikorsky Inc. / CT Licensed A&P                    Closed - Not Verified per Guidelines [1]

**Location:** Thumbull, CT, USA

**Phone:** +1 (866) 522-6701

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:**

**Time Completed:** Feb 17, 2022 7:36 AM PST

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| **Information Provided** | **Information Verified** |
|---|---|
| **Self-Employed:** | |
| **Employer/Name of company:** Sikorsky Inc. / CT Licensed A&P | |
| **Job Title:** Licensed FAA Mechanic | |
| **Dates of Employment:** Mar 2006 - Apr 2006 | |

**18. Employer:** Evergreen Air Center                    Closed - Not Verified per Guidelines [1]

**Location:** Marana aaz, AZ, USA

**Phone:** +1 (520) 616-5145

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:**

**Time Completed:** Feb 17, 2022 7:36 AM PST

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| **Information Provided** | **Information Verified** |
|---|---|
| **Self-Employed:** | |
| **Employer/Name of company:** Evergreen Air Center | |
| **Job Title:** Licensed FAA Mechanic | |
| **Dates of Employment:** Jul 2005 - Nov 2005 | |

**19. Employer:** Northwest Airline/ PMG MN                              Closed - Not Verified per Guidelines [1]

   **Location:** Minneaplois, MN, USA

   **Phone:** +1 (800) 844-0361

   **Name (When you held this position):**

   **Social Security Number:** XXXXX9662

   **Spoke With:**

   **Time Completed:** Feb 17, 2022 7:36 AM PST

   **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

|  | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Northwest Airline/ PMG MN | |
| **Job Title:** | Licensed FAA Mechanic | |
| **Dates of Employment:** | Jun 2005 - Sep 2005 | |

**20. Employer:** Timco / NC Licensed A&PAircraft                          Closed - Not Verified per Guidelines [1]

   **Location:** Greenboro, NC, USA

   **Phone:**

   **Name (When you held this position):**

   **Social Security Number:** XXXXX9662

   **Spoke With:**

   **Time Completed:** Feb 17, 2022 7:36 AM PST

   **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

|  | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Timco / NC Licensed A&PAircraft | |
| **Job Title:** | licensed FAA Mechanic | |
| **Dates of Employment:** | Jul 2004 - Sep 2004 | |

**21. Employer:** San Antonio Aerospace                              Closed - Not Verified per Guidelines [1]

   **Location:** San Antonio, TX, USA

   **Phone:** +1 (210) 293-2688

   **Name (When you held this position):**

   **Social Security Number:** XXXXX9662

   **Spoke With:**

   **Time Completed:** Feb 17, 2022 7:36 AM PST

   **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

|  | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | San Antonio Aerospace | |
| **Job Title:** | Licensed FAA Mechanic | |
| **Dates of Employment:** | Jul 2003 - Sep 2003 | |

**22. Employer:** DalFort Aerospace                              Closed - Not Verified per Guidelines [1]

   **Location:** Dallas, TX, USA

   **Phone:** +1 (214) 358-6267

**Name (When you held this position):**

**Social Security Number:** XXXXX9662

**Spoke With:**

**Time Completed:** Feb 17, 2022 7:36 AM PST

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | DalFort Aerospace | |
| **Job Title:** | Licensed FAA Mechanic | |
| **Dates of Employment:** | Mar 2001 - Aug 2001 | |

**23. Employer: Dee Howard /TX Licensed A&PAircraft**      Closed - Not Verified per Guidelines [1]

   **Location:** San Antonio, TX, USA

   **Phone:** +1 (210) 310-8100

   **Name (When you held this position):**

   **Social Security Number:** XXXXX9662

   **Spoke With:**

   **Time Completed:** Feb 17, 2022 7:36 AM PST

   **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | Dee Howard /TX Licensed A&PAircraft | |
| **Job Title:** | Licensed FAA Mechanic | |
| **Dates of Employment:** | Jul 1998 - Dec 1998 | |

**24. Employer: US Military DOD**      Closed - Not Verified per Guidelines [1]

   **Location:** Norfolk, VA, USA

   **Phone:** +1 (804) 444-2149

   **Name (When you held this position):**

   **Social Security Number:** XXXXX9662

   **Spoke With:**

   **Time Completed:** Feb 17, 2022 7:36 AM PST

   **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| | **Information Provided** | **Information Verified** |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | US Military DOD | |
| **Job Title:** | Aircraft engine repairer | |
| **Dates of Employment:** | Apr 1985 - Mar 1986 | |

**25. Employer: US Military DOA**      Closed - Not Verified per Guidelines [1]

   **Location:** Indianapolis, IN, USA

   **Phone:** +1 (317) 546-9211

   **Name (When you held this position):**

   **Social Security Number:** XXXXX9662

   **Spoke With:**

**Time Completed:** Feb 17, 2022 7:36 AM PST

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - Autoclose Operator - In accordance with HireRight's policy, this request is being closed due to the age being beyond 7 years. {pg7}

| | Information Provided | Information Verified |
|---|---|---|
| **Self-Employed:** | | |
| **Employer/Name of company:** | US Military DOA | |
| **Job Title:** | Aircraft Powertrain Repairer | |
| **Dates of Employment:** | Jul 1975 - May 1978 | |

Earl Clark, ***-**-9662

## National Sex Offender Registry

**National Sex Offender Registry**

*3subrequests*

**1. Result:**                                                                Not in Registry [1]

**Time Completed:** Feb 17, 2022 11:06 AM PST

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - National Sex Offender Registry search performed through the United States Department of Justice.

**2. Result:**                                                                Not in Registry [1]

**Time Completed:** Feb 17, 2022 11:05 AM PST

Earl Eugene NA

**HireRight Comments:** Feb 17, 2022 7:36 AM PST - National Sex Offender Registry search performed through the United States Department of Justice.

**3. Result:**                                                                Not in Registry [1]

**Time Completed:** Feb 17, 2022 7:38 AM PST

Earl Clark Eugene

**HireRight Comments:** Feb 17, 2022 7:37 AM PST - National Sex Offender Registry search performed through the United States Department of Justice.

Earl Clark, ***-**-9662

## Widescreen Plus National Criminal Search

**Widescreen Plus National Criminal Search**

*3subrequests*

**1. Result:**                                                                Completed [1]

**Time Completed:** Feb 24, 2022 1:31 PM PST

**2. Result:**                                                                Completed [1]

**Time Completed:** Feb 17, 2022 7:36 AM PST

Earl Eugene NA

**3. Result:**                                                                Completed [1]

**Time Completed:** Feb 17, 2022 7:37 AM PST

Earl Clark Eugene

Earl Clark, ***-**-9662

## Education

**School:** St. Philip's College                                            Complete - Discrepancy [1]

**Location:** San Antonio, TX, USA

**Phone:** +1 (210) 709-3682

**Name (When you attended school):** Earl Eugene Clark

**Spoke With:** Transaction ID: 261347084

**Time Completed:** Feb 17, 2022 11:17 AM PST

**HireRight Comments:** Feb 17, 2022 10:56 AM PST - HireRight Automation - Per HireRight's database school only verifies through NSCH2 - DegreeVerify. Submitted Request. Request ID: 261347084. Surcharge applies.

Feb 17, 2022 11:08 AM PST - Galdones, Trisea - The information provided by the NSCH has been verified with a discrepancy found in the start and/or end dates of enrollment.

Feb 17, 2022 11:08 AM PST - Galdones, Trisea - The information provided by the NSCH has been verified with a discrepancy found in major/field of study.

Feb 17, 2022 11:09 AM PST - Galdones, Trisea - The information provided by the NSCH has been verified with a discrepancy found in the degree date

Feb 17, 2022 11:09 AM PST - Galdones, Trisea - Verified by the school with discrepancy in dates of enrollment, degree date, field of study. {do}

|  | **Information Provided** | **Information Verified** |
|---|---|---|
| **School:** | St. Philip's College | St. Philip's College |
| **Dates Attended:** | Jun 1997 - Mar 1998 | Jan 12, 1998 - May 10, 1998 |
| **Degree/Diploma Received:** | graduated, degree received | yes |
| **Degree /Hours Completed:** | Associates | ASSOCIATE IN ARTS |
| **Date Degree Received:** | Apr 1998 | Dec 1, 1984 |
| **Major /Area of Study:** | Aerospace Maintenance | ART |

Earl Clark. ***-**-9662

---

## SS Trace/Credit

**SSN Trace\***

**Complete - Data Found** [1]

**Time Completed:** Feb 17, 2022 7:37 AM PST

---

**Date Report Started:**

**Subject Name:**                          EARL E CLARK          **Telephone Number:**

**AKA:**                                          Earl E Clark          **SSN:** XXXXX9662

\* Name was selected for additional searches          Earl E Clark

                                                        Earl Eugene Clark

                                                        Earleugene Eugene Clark

                                                        E Clark Earl

                                                     \* Earl Clark Eugene

                                                        Earl Clark Clark

**Addresses:**

| | |
|---|---|
| 427 BERTETTI DR , SAN ANTONIO, TX 782273802 | **Date Reported:** 05/01/21 |
| MAIL R , ABILENE, TX 79606 | **Date Reported:** 04/07/21 |
| 3602 ROLLING GREEN DR , ABILENE, TX 796062661 | **Date Reported:** 11/05/20 |
| PO BOX , ABILENE, TX 796085301 | **Date Reported:** 04/30/20 |
| 14925 LANDMARK BV , DALLAS, TX 752546709 | **Date Reported:** 12/03/19 |
| PO BOX , EVERETT, WA 982060220 | **Date Reported:** 03/08/12 |
| PO BOX , LANCASTER, CA 935840989 | **Date Reported:** 07/10/10 |
| PO BOX , EVERETT, WA 982065383 | **Date Reported:** 04/07/10 |
| 2319 DAKOTA ST , SAN ANTONIO, TX 782032113 | **Date Reported:** 12/14/07 |
| 2626 GRAND AV , EVERETT, WA 982013414 | **Date Reported:** 11/03/07 |
| 2319 SAINT ANTHONY AV , SAN ANTONIO, TX 782105225 | **Date Reported:** 12/14/06 |

**Consumer Statement**

* The Social Security Trace does not prove the validity of the social security number.
Earl Clark. ***-**-9662

# Court Records

*13 subrequests*

**1. Criminal & Offense History (Variable Search Depth)**     **Complete - No Court Record Found**
Clark, Earl Eugene

| | |
|---|---|
| Address(es): | Maricopa County, AZ, USA |
| Location Searched: | Maricopa County, AZ |
| Time Completed: | Feb 17, 2022 9:30 AM PST |
| Verified by: | QA-57382 |
| | HireRight Comments: Feb 17. 2022 8:03 AM PST - Note: |
| | -------Reason: Maricopa County, AZ - Average court turnaround time is currently 2 business days. |

**2. Criminal & Offense History (Variable Search Depth)**     **Complete - No Court Record Found**
Clark, Earl Eugene

| | |
|---|---|
| Address(es): | Clark County, NV, USA |
| Location Searched: | Clark County, NV |
| Time Completed: | Feb 24, 2022 1:31 PM PST |
| Verified by: | QA-434 |
| | HireRight Comments: Feb 24, 2022 12:56 PM PST - Delay: 24-Feb-2022, 12:56 |
| | -------Email notification sent to requestor. |
| | -------Reason: Additional research with the court is needed to complete this request. Estimated completion date of this search is 03/08/2022. |

**3. Criminal & Offense History (Variable Search Depth)**     **Complete - No Court Record Found**
Clark, Earl Eugene

| | |
|---|---|
| Address(es): | San Antonio, Bexar County, TX, USA |
| | Bexar County, TX, USA |
| Location Searched: | San Antonio, Bexar County, TX |
| | Bexar County, TX |
| Time Completed: | Feb 18, 2022 2:53 PM PST |
| Verified by: | QA-77702 |
| | HireRight Comments: Feb 17, 2022 7:36 AM PST - Note: |
| | -------Reason: Bexar County, TX - Average court turnaround time is currently 2 business days. |

**4. Criminal & Offense History (Variable Search Depth)**     **Complete - No Court Record Found**
Eugene, Earl Clark

| | |
|---|---|
| Address(es): | San Antonio, Bexar County, TX, USA |
| Location Searched: | San Antonio, Bexar County, TX |
| Time Completed: | Feb 17, 2022 7:41 AM PST |
| Verified by: | QA-434 |
| | HireRight Comments: Feb 17. 2022 7:37 AM PST - Note: |
| | -------Reason: Bexar County, TX - Average court turnaround time is currently 2 business days. |

**5. Criminal & Offense History (Variable Search Depth)**     **Complete - No Court Record Found**
NA, Earl Eugene

| | |
|---|---|
| Address(es): | San Antonio, Bexar County, TX, USA |

Location Searched:    San Antonio, Bexar County, TX

Time Completed:    Feb 17, 2022 7:41 AM PST

Verified by:    QA-434

**HireRight Comments:** Feb 17. 2022 7:36 AM PST - Note:
-------Reason: Bexar County, TX - Average court turnaround time is currently 2 business days.

**6. Criminal & Offense History (Variable Search Depth)**        **Complete - No Court Record Found**
**Clark, Earl Eugene**

Address(es):    Dallas, Dallas County, TX, USA

Location Searched:    Dallas, Dallas County, TX

Time Completed:    Feb 18, 2022 5:04 PM PST

Verified by:    QA-434

**HireRight Comments:** Feb 17. 2022 7:37 AM PST - Note:
-------Reason: Dallas County, TX - Average court turnaround time is currently 3 business day.

**7. Criminal & Offense History (Variable Search Depth)**        **Complete - No Court Record Found**
**Eugene, Earl Clark**

Address(es):    Dallas, Dallas County, TX, USA

Location Searched:    Dallas, Dallas County, TX

Time Completed:    Feb 17, 2022 7:52 AM PST

Verified by:    QA-434

**HireRight Comments:** Feb 17. 2022 7:37 AM PST - Note:
-------Reason: Dallas County, TX - Average court turnaround time is currently 3 business day.

**8. Criminal & Offense History (Variable Search Depth)**        **Complete - No Court Record Found**
**NA, Earl Eugene**

Address(es):    Dallas, Dallas County, TX, USA

Location Searched:    Dallas, Dallas County, TX

Time Completed:    Feb 17, 2022 7:51 AM PST

Verified by:    QA-434

**HireRight Comments:** Feb 17. 2022 7:37 AM PST - Note:
-------Reason: Dallas County, TX - Average court turnaround time is currently 3 business day.

**9. Criminal & Offense History (Variable Search Depth)**        **Complete - No Court Record Found**
**Clark, Earl Eugene**

Address(es):    Abilene, Taylor County, TX, USA

Location Searched:    Abilene, Taylor County, TX

Time Completed:    Feb 17, 2022 7:40 AM PST

Verified by:    QA-434

**HireRight Comments:** Feb 17. 2022 7:36 AM PST - Note:
-------Reason: Taylor County, TX - Average court turnaround time is currently 2 business days.

**10. Criminal & Offense History (Variable Search Depth)**        **Complete - No Court Record Found**
**Eugene, Earl Clark**

Address(es):    Abilene, Taylor County, TX, USA

Location Searched:    Abilene, Taylor County, TX

2/25/2022                    HireRight Report to The Boeing Company (US Main), Subject: Complete Report.

Case 5:22-cv-00490-XR    Document 5    Filed 05/24/22    Page 33 of 49

Time Completed:       Feb 17, 2022 7:40 AM PST
Verified by:          QA-434
                      **HireRight Comments:** Feb 17, 2022 7:37 AM PST - Note:
                      -------Reason: Taylor County, TX - Average court turnaround time is currently 2 business days.

**11. Criminal & Offense History (Variable Search Depth)**          **Complete - No Court Record Found**
NA, Earl Eugene
Address(es):          Abilene, Taylor County, TX, USA
Location Searched:    Abilene, Taylor County, TX
Time Completed:       Feb 17, 2022 7:40 AM PST
Verified by:          QA-434
                      **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Note:
                      -------Reason: Taylor County, TX - Average court turnaround time is currently 2 business days.

**12. Criminal & Offense History (Variable Search Depth)**          **Complete - No Court Record Found**
Clark, Earl Eugene
Address(es):          King County, WA, USA
Location Searched:    All WA counties
Time Completed:       Feb 22, 2022 10:36 PM PST
Verified by:          QA-434
                      **HireRight Comments:** Feb 17, 2022 8:03 AM PST - Note:
                      -------Reason: HireRight will conduct a county level search in all counties within the state of WA.
                      Average court turnaround time is currently 2 business days.

**13. Federal Criminal - National (Variable Search Depth)**          **Complete - No Court Record Found**
Clark, Earl Eugene
Location Searched:    All Federal Districts
Time Completed:       Feb 17, 2022 7:47 AM PST
Verified by:          QA-434
                      **HireRight Comments:** Feb 17, 2022 7:36 AM PST - Note:
                      -------Reason: The average turnaround time for a Federal Criminal National search is 2 business days.

Earl Clark. ***-**-9662

# Prohibited Parties

**Prohibited Parties**

                                                                    *3subrequests*
**1. Result:**                                                      **Complete - Not in Database** [1]
Time Completed: Feb 17, 2022 7:36 AM PST
**2. Result:**                                                      **Complete - Not in Database** [1]
Time Completed: Feb 17, 2022 7:36 AM PST
Earl Eugene NA
**3. Result:**                                                      **Complete - Not in Database** [1]
Time Completed: Feb 17, 2022 7:37 AM PST
Earl Clark Eugene
Earl Clark. ***-**-9662

# Adjudication 3.0

Earl Clark, ***-**-9662

## SSN Validation

**SSN Validation
Result:**     **Complete – SSN has been issued by the SSA and not found in Death Master Index** [1]

**Time Completed:** Feb 17, 2022 7:36 AM PST

Social Security # ***-**-9662 is valid. Issued in Virginia Between 1969 and 1970

#### Activity Log

| Activity | Date/Time | Performed By | Recipient | Result |
|---|---|---|---|---|
| Report Submitted | Feb 17, 2022 7:36 AM PST | The Boeing Company (US Main) | | |
| Adjudicated | Feb 25, 2022 4:06 AM PST | HireRight | | Client Review Required |
| Report Submitted | Feb 25, 2022 11:20 AM PST | The Boeing Company (US Main) | | |
| Adjudicated | Feb 25, 2022 11:21 AM PST | HireRight | | Client Review Required |
| Background Report opened | Feb 25, 2022 1:51 PM PST | Applicant | | |

[1] "Complete" indicates that this request has been processed to conclusion. Please review the report details in their entirety to evaluate any potential discrepancies or records related to this request.

All times listed in US/Pacific timezone

The Activity Log above may reflect activity for this screening report. E-mail notifications, if configured by the company that requested the report, may have been sent by or through HireRight to an authorized company-user (shown as the "Recipient"). Some adjudication history entries and related e-mail notifications, if any, indicate whether an initial determination was made regarding whether the report satisfied the company's hiring criteria (shown in the "Result" column), including any preliminary status Result of "Meets" or "Does Not Meet" company standards. Sometimes a company's final adjudication determination may change from its initial determination. Questions about the company's hiring decisions should be directed to the company.

**LEGAL NOTES:**
This report contains personal information, and should be handled at all times in accordance with your Service Agreement with HireRight and applicable law. Proper use of the content of this report, and final verification of the named individual's identity, are your responsibility.

**P-6**

*BOEING®*

February 15, 2022

Dear Provider,                    **RE:** Clark, Earl E. **BEMS:** 1848630

Earl has been offered a position with the Boeing Company as Aviation Maint Tech & Insp-Fld. Earl reports having a medical condition and taking prescribed medication(s) that may pose a safety concern for the work Earl will be doing.

**Please complete the following to help us determine if the applicant can safely be placed in this position.**

1. Diagnosis/Treating Conditions: _DM 2, HTN_

2. Objective Findings/Comments: _____

3. Lab (most recent test):
   a. Hgb A1c      Date _9/2/2021_   Results: _11.4_
   b. Blood Pressure  Date _2/2/2022_   Results: _150/83_
   
   **NOTE: If the last A1c was done more than 6 months ago, please obtain a current test**

4. Medications: _Pantoprazole ; Lantus Insulin, IMDUR. empagliflozin, losartan, Rosuvastatin, Amlodipine, Carvedilol, Metformin,_

5. Please answer the following questions:

   a. Do you have any concerns regarding job performance, safety and/or compliance with the prescribing regimen (or discontinuation of medication)?   ____Yes   ☒ No

   b. Do you have any other safety concerns that may require work recommendations or accommodations?   ____Yes   ☒ No

   c. Can Earl?
      i. Work in isolated areas?        ☒ Yes   ____No
      ii. Drive company vehicles?        ☒ Yes   ____No

Comments: _Pt reports no orthostasis of or hypoglycemic events > 2 yrs._

_Joann Bishop PA_

**(Provider's printed name (stamp if available) and signature)**

_VA 210-736-4051_                    _2/17/22_

**(Provider's phone # and date this form was signed)**

*Please return the completed form to FAX NUMBER 425-717-1750*
*Maryann Mercado MSN, RN*
*Boeing Post-Offer Medical Screening*        Phone 737-280-7613

_Patient Earl Eugene Clark gives his permission to me (Joann Bishop PA) to release medical information to BOEING._

5000 E McDowell Rd
MC/M530-B227
Mesa, AZ 85215

# Seattle, WA - Start Date Scheduled/Onboarding Tasks - Earl Clark – Req #E2000012799 - March 25th, 2022

**P-7**

## EXI-Yaworski, Brenda <Brenda.Yaworski@boeing.com>

Wed 2/23/2022 7:38 PM

To: earlclark54@hotmail.com <earlclark54@hotmail.com>
Cc: Whitaker (US), Ali J <ali.j.whitaker2@boeing.com>; Schmitz (US), Susan J <susan.j.schmitz@boeing.com>

📎 3 attachments (841 KB)
Form I-9 List of Acceptable Documents.pdf; Seattle_WA_Orientation_MAP.pdf; Seattle WA - Parking Instruction.pdf;

**Ⓠ BOEING**

**Seattle, WA**

Hi Earl Clark,

Welcome to Boeing! This email is a confirmation for your scheduled orientation on **Friday, March 25th, 2022**. Included in this email are some final instructions, so please read through it carefully, and contact me if you have any questions.

***Please note that due to the current COVID-19 crisis,*** *if the start date and/or type of orientation (face to face / virtual) need to change for any reason, we will advise you as soon as possible.*

**For your records, your BEMSID (employee ID) number is: 1848630**

 **Onboarding Tasks**

- Within next few days, you will receive a system generated email from *Boeing@myworkday.com* with a link to Workday and log on credentials. You will be prompted to update your password upon initial login.
- There will be several onboarding tasks awaiting your immediate action. As you complete each task, make sure you click "Submit" at the bottom of the task screen so all of the information feeds to the progress tracker. **Please note:** the link is valid up until the evening prior to your start date.

*\* **IMPORTANT NOTE:** You might experience technical difficulties with the link and temporary login credentials for the onboarding tasks. Please try using this link (https://www.myworkday.com/boeing/login.flex?redirect=n) and copy/paste the **FIRST** temporary password you received. Try with few different browsers and also clear catches.*

*If you still encounter issues, call Worklife at 866-473-2016 to reset the password. Inform the helpdesk to direct the ticket to "HR Ops - Workday password reset". Please be assured that you will still be able to complete these tasks once you've logged into the internal network for the first time with your Boeing-issued badge and PC.*

 **Form I-9, Employment Eligibility Verification**

- One of the Workday tasks will require you to complete Section 1 of the Form I-9, *Employment Eligibility Verification*.
- Section 1 (in Workday) **MUST** be completed and submitted prior to attending orientation.

## Negative Rehire - Immediate Action Required

**P-8**

Holley (US), Joy C <Joy.C.Holley@boeing.com>
Thu 2/24/2022 10:40 AM
To: earlclark54@hotmail.com <earlclark54@hotmail.com>
Cc: McCurry (US), Brenda L <brenda.l.mccurry@boeing.com>

Hello Mr. Clark,

Boeing has received a negative rehire indicator. Below are the steps that can be taken to discuss this matter in more detail and possibly more forward:

Earl Eugene Clark BEMSID: 1848630

Negative Rehire
1. Call 866-473-2016 Worklife to address the negative rehire status.
2. The Worklife IVR (Interactive Voice Response) is voice activated not number selection activated so it is driven by saying something.
3. When your call is connected to the automated system, you will hear "please say or enter your BEMS ID",(disregard)this message and instead reply by saying "Representative" then it will take you next to the different assignment group menu, say "Career and Worklife Assistance" to speak to an Alight agent/Worklife representative then when an Alight agent/WL representative answer state that you are calling about "Rehire Eligibility" and request to create a ticket and have your ticket be routed to ECA (Employee Corrective Action) assignment group.
4. This will be sent to ECA team and they will contact the requestor directly.

Regards,

Joy

P-9

## Tech Check: Boeing Enterprise Employee Orientation (SK)

**Dean (US), Jessaca J <jessaca.j.dean@boeing.com>**

Wed 3/23/2022 11:31 PM

To: Damitz (US), Ehren L <ehren.l.damitz@boeing.com>; GRP LTD Virtual Classroom <LTDVirtualClassroom2@boeing.com>; cskinner2711@gmail.com <cskinner2711@gmail.com>; timothybentley619@gmail.com <timothybentley619@gmail.com>; tamairaross@yahoo.com <tamairaross@yahoo.com>; montananet@comcast.net <montananet@comcast.net>; birdman762000@yahoo.com <birdman762000@yahoo.com>; greg.larson.90274@gmail.com <greg.larson.90274@gmail.com>; greg@mellinger.biz <greg@mellinger.biz>; imaanpour@gmail.com <imaanpour@gmail.com>; earlclark54@hotmail.com <earlclark54@hotmail.com>; florydanaro@yahoo.com <florydanaro@yahoo.com>; baj_19_04@yahoo.com <baj_19_04@yahoo.com>; clytn13clar@yahoo.com <clytn13clar@yahoo.com>; Cireen.handal@gmail.com <Cireen.handal@gmail.com>; noyphommarak67@gmail.com <noyphommarak67@gmail.com>; brian.lokker@yahoo.com <brian.lokker@yahoo.com>; mollymoore425@gmail.com <mollymoore425@gmail.com>; a.duangtavanh@yahoo.com <a.duangtavanh@yahoo.com>; HunterJerochim@gmail.com <HunterJerochim@gmail.com>

*Email addresses for meetings cannot be hidden in our system: Please DO NOT REPLY ALL with questions*

Hello,
Welcome to Boeing! For your tech check and orientation, you will attend via online meeting from home, and your Candidate Experience Specialist will send you information for completing your Form I-9 verification and to get your employee badge set up in person **on-site** BEFORE or AFTER orientation on Friday.

I would like to conduct an **optional** Technical Check with you prior to the Friday session. **During this quick call-we will:**
- Test the video and audio of your computer
- Test the ability to use annotations and chat

- **If you can't make it, just sign in early on Friday to test**

Your **optional** Technical Check is scheduled for:
    **Date:** Thursday 03/24/2022
    **Time:** 2:00 – 2:30 PM PST

In preparation for those logging in from your personal device:
- Phone/ iPad: please make certain to download the WebEx App.
- Laptop/ Desktop: from your browser, please download Webex Extension.

***
Join from the meeting link
https://boeing.webex.com/boeing/j.php?MTID=m8c2536708ebd4283e97b0ad1170e8b01

Join by meeting number
Meeting number (access code): 2681 634 8338
Meeting password: EaEm763zBa4

Tap to join from a mobile device (attendees only)
+1-425-943-
7320,,26816348338##
U.S. Northwest - Local
(free to Boeing)
1-888-787-



## HRS1192854 - Rehire Eligibility Inquiry

**Boeing ServiceNow** <BoeingService-Now@boeing.com>
Thu 2/24/2022 12:59 PM
To: earlclark54@hotmail.com <earlclark54@hotmail.com>

Earl,

Your personnel record is listed as not eligible for rehire consideration. A determination has been made that you will never be eligible for rehire with the Boeing Company or contractor working with Boeing. There is no appeal process and no personal contact will be made. This determination is final and will not be granted further review. Thanks

Ref:MSG58950081_hleQ1tQ38dAw4794YH8

**P-10**

## Boeing TotalAccess Request #11563399

**Boeing TotalAccess (Automated Email) <DO-NOT-REPLY@boeing.westapp.com>**

Mon 12/5/2016 6:13 PM

**To:** earlclark54@hotmail.com <earlclark54@hotmail.com>

Mr. Clark called about rehire. I advised per KANA ****Rehire Eligibiility equals NO**** I also advised per ticket 11245230 ****Your personnel record is listed as not eligible for rehire consideration. A review has been conducted and a determination has been made that you will never be eligible for rehire with the Boeing Company. There is no appeal process and no personal contact will be made. This determination is final and will not be granted further review.*****

If you have additional questions, you may submit them by using the online form in the Contact TotalAccess section of the TotalAccess page on my.boeing.com or www.boeing.com/express.

Or you can call TotalAccess toll-free at 1-866-473-2016, between 12:01a.m. Central Time, Monday through 11:00p.m. Central Time, Friday.

Thank you for using Boeing TotalAccess. This email is system generated from a non-monitored mailbox.

This email and any attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should destroy the email message and any attachments or copies and you are prohibited from retaining, distributing, disclosing or using any information contained herein. Thank you for your cooperation.

## HRS1195222 - Rehire Support

**Boeing ServiceNow <BoeingService-Now@boeing.com>**
Mon 2/28/2022 11:39 AM
To: Earlclark54@hotmail.com <Earlclark54@hotmail.com>



As previously communicated in September of 2016 and last week, a review has been conducted and a determination has been made that you will never be eligible for rehire with the Boeing Company due to your prior discharge for cause. The company records show you were progressive discharged for unacceptable performance.

There is no appeal process and no personal contact will be made. This determination is final and will not be granted further review.

Ref:MSG59174473_GcDRMFvN8Zs4zGriseG

**P-11**

# Individual Learning Plan

**Learner:** 1848630 - Clark,Earl E    **Job Code:** C2709    **SMC:**    **Acctg Dept:** 9RTEBGXA    **Shift:** 3    **Work Location:**

My Certification Visibility    **Assigned Manager:** 81008 - Mattison,Thomas James    **Enrolled Manager:** 81008 - Mattison,Tho

## My Learning Plan

| Code | Title | Type | Assignment Source | Required By Date | Status | Expire Date | Assignment Type |
|------|-------|------|-------------------|------------------|--------|-------------|-----------------|
| 2010 Ethics | 2010 Ethics Challenge and Recommitment | Cert | Direct Push | | Completed | | Required |
| TR010802 | 787 FOD Overview (TR010802) | Cert | Mgr/Admin | | M Completed | 12/31/9999 | Required |
| TR010803 | 787 FOD Qualification (TR010803) | Cert | Mgr/Admin | | M Completed | 12/31/9999 | Required |
| TR010983 | 787 Tube Torquing (TR010983) | Cert | Mgr/Admin | | M Completed | 12/31/9999 | Required |
| 6C64572 | AIRPLANE JACK AND DEJACK (6C64572) | Cert | Mgr/Admin | 10/11/2009 | N Not Completed | | Required |
| TR005487 | Accepting of Business Courtesies & Anti-Kickback (TR005487) | Cert | Self Assigned | | Completed | | Discretionary |
| TR015467 | Affirmative Action Program (TR015467) | Cert | Self Assigned | 08/09/2009 | Expired | | Discretionary |
| 6C6W687 | Aircraft Confined Space Annual Training (6C6W687) | Cert | Self Assigned | 08/31/2011 | M Completed | 08/31/2011 | Discretionary |
| TR011105 | Aircraft Marshaling (TR011105) | Cert | Self Assigned | 07/31/2012 | M Completed | 07/31/2012 | Discretionary |
| TR010954 | Airplane Brake Operations and Towing-BrthMon (TR010954) | Cert | Mgr/Admin | 12/31/2011 | M Completed | 12/31/2011 | Required |
| TR010954-Cdr | Airplane Brake Operations and Towing-Calndr (TR010954-Cdr) | Cert | Mgr/Admin | 09/30/2012 | D Decertified | 11/16/2010 | Required |
| 1S00121 | Asbestos Awareness (1S00121) | Cert | Questionnaire | 10/31/2011 | M Completed | 10/31/2011 | Discretionary |
| TR009755 | Audiometric Examination (Hearing Test) (TR009755) | Cert | Questionnaire | 05/19/2010 | M Completed | 03/09/2011 | Discretionary |
| TR002802 | BG Type II -2, BACS53B Stud (BAC5117-2)-BrthMon (TR002802) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |
| TR002804 | BG Type II -4, Direct Ground Stud (BAC5117-4)-BrthMon (TR002804) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |
| TR002806 | BG Type III -6, Faying Surface Bonds (BAC5117-6)-BrthMon (TR002806) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |
| TR002807 | BG Type III-7, Driven Rivet Bonds (BAC5117-7)-BrthMon (TR002807) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |
| TR002805 | BG Type IV -5, Terminal Installation (BAC5117-5)-BrthMon (TR002805) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |
| TR002810 | BG Type V -10, Clamps to Tubes/Conduit BAC5117-10-BrthMon (TR002810) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |
| TR002811 | B&G Type V -11, Hyd Unions & Tee Ftg's BAC5117-11-BrthMon (TR002811) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |
| TR002812 | BG Type V -12, Bulkhead Fittings (BAC5117-12)-BrthMon (TR002812) | Cert | Mgr/Admin | 12/31/2009 | D Decertified | 11/19/2009 | Required |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TR002813 | BG Type VI -13, Fastnrs to Conductive BAC5117-13-BrthMon (TR002813) | Cert | Mgr/Admin | 12/31/2009 | D | Decertified | 11/19/2009 | Required |
| TR002814 | BG Type VI -14, Composite Panels (BAC5117-14)-BrthMon (TR002814) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| TR002815 | BACS53F Ground Stud Installation in CFRP-BrthMon (TR002815) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64778 | BCA-Solder Sleeve Assy-BrthMon (6C64778) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64778-Cdr | BCA-Solder Sleeve Assy-Calndr (6C64778-Cdr) | Cert | Mgr/Admin | 11/30/2010 | D | Decertified | 11/16/2010 | Required |
| TR003228 | BTU FORCED CONVECTION REFLOW OVEN OPERATOR (TR003228) | Cert | Mgr/Admin | 09/21/2009 | D | Decertified | 08/17/2010 | |
| 1S00126 | Bloodborne Pathogens Trng for Identified Employees (1S00126) | Cert | Mgr/Admin | | M | Completed | 12/31/9999 | Required |
| TR007854 | Bond and Ground Per BAC5117 - 1 though -14-BrthMon (TR007854) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| TR007854-Cdr | Bond and Ground Per BAC5117 - 1 though -14-Calndr (TR007854-Cdr) | Cert | Mgr/Admin | 10/31/2010 | D | Decertified | 08/17/2010 | Required |
| TR013413 | Business Travel & Expense Policy Awareness (TR013413) | Cert | Questionnaire | | | Completed | | Required |
| 6C64780 | CRIMPING OF ELECTRICAL CONNECTORS (6C64780) | Cert | Mgr/Admin | | M | Completed | 12/31/9999 | Required |
| TR011094 | Cadmium Hazard Awareness (TR011094) | Cert | Mgr/Admin | 04/30/2011 | M | Completed | 04/30/2011 | Required |
| 1S00080 | Cadmium Safety Training (1S00080) | Cert | Questionnaire | 10/31/2011 | M | Completed | 10/31/2011 | Discretionary |
| 6C64785 | Crimping Electrical Terminations 8 Gauge & Larger-BrthMon (6C64785) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64785-Cdr | Crimping Electrical Terminations 8 Gauge & Larger-Calndr (6C64785-Cdr) | Cert | Mgr/Admin | 10/31/2010 | D | Decertified | 11/16/2010 | Required |
| 6C64784 | Crimping Terminals & Splices 10 & Smaller-BrthMon (6C64784) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64784-Cdr | Crimping Terminals & Splices 10 & Smaller-Calndr (6C64784-Cdr) | Cert | Mgr/Admin | 11/30/2010 | D | Decertified | 11/16/2010 | Required |
| TR000296 | DOT HAZMAT-Flightline Personnel (TR000296) | Cert | Mgr/Admin | 08/31/2011 | M | Completed | 08/31/2011 | Required |
| 6C64186 | Electrical Assembly of Coaxial Connectors-BrthMon (6C64186) | Cert | Mgr/Admin | 12/31/2011 | M | Completed | 12/31/2011 | Required |
| 6C64186-Cdr | Electrical Assembly of Coaxial Connectors-Calndr (6C64186-Cdr) | Cert | Mgr/Admin | 01/31/2012 | D | Decertified | 11/16/2010 | Required |
| 6C64786 | Electrical Ferrule Assembly-BrthMon (6C64786) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64786-Cdr | Electrical Ferrule Assembly-Calndr (6C64786-Cdr) | Cert | Mgr/Admin | 01/31/2011 | D | Decertified | 11/16/2010 | Required |
| TR011550 | Electrical Safety LOTTO Awareness (TR011550) | Cert | Questionnaire | 05/19/2010 | M | In-Progress | 04/30/2012 | Discretionary |
| TR009204 | Enterprise U.S. Export Awareness Overview Training (TR009204) | Cert | Questionnaire | | | Completed | | Required |
| TR011073 | Explosives Safety - Basic Concepts (TR011073) | Cert | Questionnaire | | M | Completed | 12/31/9999 | Discretionary |

| ID | Title | Type | Assignment | Date | | Status | Date | Category |
|---|---|---|---|---|---|---|---|---|
| TR011076 | Explosives Safety - Storage & Accountability (TR011076) | Cert | Questionnaire | 10/31/2013 | | Completed | 10/31/2013 | Discretionary |
| TR011172 | Explosives Safety-Pckgd Initiators & Linear Chrgs (TR011172) | Cert | Questionnaire | 05/20/2010 | | Completed | 07/31/2012 | Discretionary |
| TR001963 CERT | FAA Employee Drug/Alcohol Misuse PreventionTrng CERT (TR001963 CERT) | Cert | Self Assigned | | | Completed | 12/31/9999 | Discretionary |
| 6C6W104 | FLIGHTLINE SAFETY TIPS FOR VISITORS (6C6W104) | Cert | Mgr/Admin | | | Completed | | Required |
| 6C64307 | FUELING AND DEFUELING AIRCRAFT (6C64307) | Cert | Mgr/Admin | | | Completed | 12/31/9999 | Required |
| TR011285 | Fall Protection Systems End User (TR011285) | Cert | Questionnaire | 05/19/2010 | | Completed | 08/31/2012 | Discretionary |
| TR015265 | Fastener Fillet Relief (Chamfer/Pin Protru/Gaps) (TR015265) | Cert | Mgr/Admin | | | Completed | 12/31/9999 | Required |
| TR009779 | Fiber Optic Connector Assembly-BrthMon (TR009779) | Cert | Mgr/Admin | 12/31/2012 | | Completed | 12/31/2012 | Required |
| TR009779-Cdr | Fiber Optic Connector Assembly-Calndr (TR009779-Cdr) | Cert | Mgr/Admin | 01/31/2013 | | Decertified | 11/16/2010 | Required |
| TR009914 | Fiber Optic Inspection, Cleaning and Testing-BrthMon (TR009914) | Cert | Mgr/Admin | 12/31/2010 | | Completed | 12/31/2010 | Required |
| TR009914-Cdr | Fiber Optic Inspection, Cleaning and Testing-Calndr (TR009914-Cdr) | Cert | Mgr/Admin | 11/30/2010 | | Decertified | 11/16/2010 | Required |
| TR009778 | Fiber Optic Installation and Routing-BrthMon (TR009778) | Cert | Mgr/Admin | 12/31/2011 | | Completed | 12/31/2011 | Required |
| TR009778-Cdr | Fiber Optic Installation and Routing-Calndr (TR009778-Cdr) | Cert | Mgr/Admin | 09/30/2012 | | Decertified | 11/16/2010 | Required |
| TR005739 | Flight Deck Oxygen Mask Stowage-BrthMon (TR005739) | Cert | Mgr/Admin | 12/31/2010 | | Completed | 12/31/2010 | Required |
| TR005739-Cdr | Flight Deck Oxygen Mask Stowage-Calndr (TR005739-Cdr) | Cert | Mgr/Admin | 10/31/2010 | | Decertified | 08/17/2010 | Required |
| TR003568 | Floor Operated Cranes (Web) (TR003568) | Cert | Self Assigned | 07/31/2012 | | Completed | 07/31/2012 | Discretionary |
| 2X09012 | Ground Power Training (2X09012) | Cert | Self Assigned | 07/31/2010 | | Not Completed | 07/31/2010 | Discretionary |
| TR011275 | Haz Waste, Matls & HazCom 90 Day (TR011275) | Cert | Questionnaire | 10/31/2011 | | Completed | 10/31/2011 | Discretionary |
| 1S00052 | Hazard Communication and Personal Protective Equip (1S00052) | Cert | Questionnaire | | | Completed | 12/31/9999 | Discretionary |
| 1S00024 | Hearing Conservation (1S00024) | Cert | Questionnaire | 05/19/2010 | | Completed | 03/09/2011 | Discretionary |
| TR010324 | Hexavalent Chromium Safety Training (TR010324) | Cert | Questionnaire | | | Completed | 12/31/9999 | Discretionary |
| TR010325 | Hexavalent Chromium Safety Trng Site Enhancement (TR010325) | Cert | Questionnaire | | | Completed | 12/31/9999 | Discretionary |
| 6C64246 | Hydraulic Fluid Sampling: Operations & Facilities-BrthMon (6C64246) | Cert | Self Assigned | 12/31/2011 | | Completed | 12/31/2011 | Discretionary |
| 6C64246-Cdr | Hydraulic Fluid Sampling: Operations & Facilities-Calndr (6C64246-Cdr) | Cert | Self Assigned | 07/31/2012 | | Decertified | 11/16/2010 | Discretionary |
| TR009045 | INSTALLATION OF AXIALLY SWAGED HYDRAULIC FITTINGS-BrthMon (TR009045) | Cert | Mgr/Admin | 12/31/2009 | | Dropped | | Required |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TR009045-Cdr | INSTALLATION OF AXIALLY SWAGED HYDRAULIC FITTINGS-Calndr (TR009045-Cdr) | Cert | Self Assigned | 04/10/2010 | | Dropped | | Discretionary |
| 6C64360 | INSTALLATION OF COUPLINGS-BrthMon (6C64360) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64360-Cdr | INSTALLATION OF COUPLINGS-Calndr (6C64360-Cdr) | Cert | Mgr/Admin | 11/30/2010 | D | Decertified | 11/16/2010 | Required |
| TR011596 | Initial Information Protection and Computing Security (TR011596) | Cert | Direct Push | | | Completed | | Required |
| TR013153 | Intellectual Property Awareness (TR013153) | Cert | Self Assigned | | | Completed | | Discretionary |
| 6C61039 | Liquid Propane Fueling (6C61039) | Cert | Questionnaire | | M | Completed | 12/31/9999 | Discretionary |
| 1S00014 | Lockout-Tag-Tryout Hazard Awareness (1S00014) | Cert | Mgr/Admin | | M | Completed | 12/31/9999 | Required |
| 6C64062 | OXYGEN: TYPE III INSTALLATION/PRESSURE TEST-BrthMon (6C64062) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| TR000891 | Occupational Health Exam - Respirator User (TR000891) | Cert | Questionnaire | | M | Completed | 12/31/9999 | Discretionary |
| TR013198 | Offering Business Courtesies - Pro -6 (TR013198) | Cert | Mgr/Admin | 12/31/2009 | | Expired | | Required |
| TR014915 | Oil Spill Prevention Control & Countermeasures (TR014915) | Cert | Questionnaire | 08/31/2011 | M | Completed | 08/31/2011 | Discretionary |
| TR009335 | Overview of Repair Station Operations (TR009335) | Cert | Self Assigned | | M | Completed | 12/31/9999 | Discretionary |
| TR008876 | Powered Platform Operations (TR008876) | Cert | Questionnaire | 05/20/2010 | M | In-Progress | 07/31/2012 | Discretionary |
| TR007991 | Privacy Directions Awareness (TR007991) | Cert | Mgr/Admin | | | Completed | | Required |
| GLBC0003 | Procurement Integrity (GLBC0003) | Cert | Questionnaire | | | Completed | | Required |
| TR009320 | Property Management Fundamentals (TR009320) | Cert | Questionnaire | | | Completed | | Required |
| TR000607 | Quality You Are the Difference Tool Certification (TR000607) | Cert | Mgr/Admin | | M | Completed | 12/31/9999 | Required |
| TR000056 | Repair Station Operation & Inspection Manual OV (TR000056) | Cert | Self Assigned | 07/31/2011 | M | Completed | 07/31/2011 | Discretionary |
| 6C6W1420 | SHEA Orientation (6C6W1420) | Cert | Questionnaire | | M | Completed | 12/31/9999 | Discretionary |
| TR003532 | Seal: Fay and Prepack Application-BrthMon (TR003532) | Cert | Mgr/Admin | 12/31/2009 | D | Decertified | 11/19/2009 | Required |
| TR000691 | Seal: Aerosmooth Application-BrthMon (TR000691) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| TR000690 | Seal: Body Fillet/Fastener/Injection Application-BrthMon (TR000690) | Cert | Mgr/Admin | 12/31/2009 | D | Decertified | 11/19/2009 | Required |
| 6C64201 | Seal: Body-BrthMon (6C64201) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64057 | TIRE AND STRUT INFLATION (6C64057) | Cert | Self Assigned | | M | Completed | 12/31/9999 | Discretionary |
| 55367G | TISB5-Indst Mtr Vhcl (55367G) | Cert | Questionnaire | | M | Completed | 12/31/9999 | Required |
| 6C64065 | TYPE V OXYGEN BOTTLE HOOK-UP/REMOVAL-BrthMon (6C64065) | Cert | Mgr/Admin | 12/31/2010 | C | Completed | 12/31/2010 | Required |
| 6C64065-Cdr | TYPE V OXYGEN BOTTLE HOOK-UP/REMOVAL-Calndr | Cert | Mgr/Admin | 10/31/2010 | D | Decertified | 11/16/2010 | Required |

| ID | Title | Type | Status/Assignment | Date | | Status | Completion | Required/Discretionary |
|---|---|---|---|---|---|---|---|---|
| | (6C64065-Cdr) | | | | | | | |
| TR007955 | Trade Secrets and Proprietary Information (TR007955) | Cert | Questionnaire | | | Completed | | Required |
| 6C64315 | Wet Fuel Cell Entry (6C64315) | Cert | Questionnaire | | M | Completed | 12/31/9999 | Discretionary |
| 75398 | 2010 Affirmative Action Compliance Training (75398) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR010954RC | Airplane Brake Operations and Towing (Recert) (TR010954RC) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR006005 | Airplane Hazardous Energy (TR006005) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR008088 | Airplane Pgms Occ Injury Reporting Responsibilies (TR008088) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR001480 | Asbestos Awareness Retrain (TR001480) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR008594 | Asbestos Awareness Site Enhancement (TR008594) | | Activity Self Assigned | | | Completed | | Discretionary |
| 75522 | Aviation Maintenance Technician Test Operations System Overview (75522) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR002817 | BG Type X, Electrical Bonding in CFRP Structure (TR002817) | Item | Self Assigned | 07/03/2009 | 📅 | Planned | | Discretionary |
| TR002819 | BG Type XII, Interfence Fit Fastener (TR002819) | Item | Self Assigned | 07/04/2009 | 📅 | Planned | | Discretionary |
| TR013129 | BALLAST - INSTALLATION & SECURING (TR013129) | Item | Self Assigned | 09/19/2009 | 📅 | Planned | | Discretionary |
| 6C64814 | BOND AND GROUND RESISTANCE MEASUREMENT TYPE I (6C64814) | Item | Self Assigned | 01/12/2010 | 📅 | Planned | | Discretionary |
| 6C64814RC | BOND AND GROUND RESISTANCE MEASUREMENT TYPE I (Recert) (6C64814RC) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR006658 | BTU Labor Charging (TR006658) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR013571 | Ballast - Installation & Securing Retrain (TR013571) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR010071 | Basic Fiber Optic Familiarization (TR010071) | | Activity Mgr/Admin | | | Completed | | Required |
| 33094LM | CRANE OPERATIONS-FLOOR OPERATED OVERHEAD CRANE (33094LM) | Item | Self Assigned | 09/25/2009 | 📅 | Planned | | Discretionary |
| TR010281 | Cadmium Safety Training Site Enhancement (TR010281) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR009437 | Compliant Workstation Training (TR009437) | | Activity Self Assigned | | | Completed | | Discretionary |
| 6C6S040 | Complying with ANESHAP: Reducing Air Pollution (6C6S040) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR011914 | EO&T Labor Recording & Compliance Training (TR011914) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR014471 | Enterprise Fire Extinguisher Awareness (TR014471) | | Activity Self Assigned | | | Completed | | Discretionary |
| TR009452 | Environmental Stewardship (TR009452) | | Activity Mgr/Admin | | | Completed | | Required |
| 75238 | Escorting Visitors & Non-U.S. Persons within Boeing U.S. Facilities (75238) | | Activity Questionnaire | | | Completed | | Required |
| GEBEN815 | Escorting Visitors and Foreign Persons in BCA (GEBEN815) | | Activity Self Assigned | | | Completed | | Discretionary |

| | | | | | | |
|---|---|---|---|---|---|---|
| TR010275 | Evt Factory Tool Control & Accountability Process (TR010275) | Activity | Self Assigned | | Completed | Discretionary |
| TR011173 | Explosives Safety-Unpkgd Initiators & Linear Chrgs (TR011173) | Activity | Self Assigned | | Completed | Discretionary |
| TR009914RC | Fiber Optic Inspection, Cleaning and Testing (Recert) (TR009914RC) | Item | Mgr/Admin | 11/17/2010 | Requested | Required |
| 75312 | Flight Deck Crew Oxygen Mask Stowage - Gap training (75312) | Activity | Mgr/Admin | | Completed | Required |
| TR012767 | Fuel System Manual - Recent Updates (TR012767) | Activity | Self Assigned | | Completed | Discretionary |
| TR001634 | Guided Skills Practice 8-HR (TR001634) | Activity | Mgr/Admin | | Completed | Required |
| TR007247 | HSI-SHEAR training (TR007247) | Activity | Self Assigned | | Completed | Discretionary |
| TR003061 | Hazard Communication Awareness (TR003061) | Activity | Mgr/Admin | | Completed | Required |
| 1S00024 | Hearing Conservation (1S00024) | Activity | Mgr/Admin | | Completed | Required |
| TR012276 | Heat and Sun Related Illness (TR012276) | Activity | Self Assigned | | Completed | Discretionary |
| 75399 | Information Security 2010 (75399) | Activity | Direct Push | | Completed | Required |
| TR014508 | Introduction to Aviation Skills Matrix (ASM) (TR014508) | Activity | Self Assigned | | Completed | Discretionary |
| TR008891 | Maintenance Human Factors Awareness - Technicians (TR008891) | Activity | Mgr/Admin | | Completed | Required |
| 75320 | Mechanics and Inspectors - Overview of Civil Aviation of China (CAAC) Laws and Regulations | Activity | Self Assigned | | Completed | Discretionary |
| 1S00089 | Personal Protective Equipment (1S00089) | Activity | Self Assigned | | Completed | Discretionary |
| 75564 | Pressure Dome Damage Prevention and Resolution (TS-2009-82) (75564) | Activity | Self Assigned | | Completed | Discretionary |
| TR009113 | QTTP-Team Leader Familiarization (TR009113) | Activity | Self Assigned | | Completed | Discretionary |
| 74966 | Quality You Are the Difference Work Instructions (74966) | Activity | Self Assigned | | Completed | Discretionary |
| 75566 | Reading Reading for BAC5001-10 PSD 6-43 | Activity | Self Assigned | | Completed | Discretionary |
| TR009693 | Records and Information Management Overview for All Employees (TR009693) | Activity | Self Assigned | | Completed | Discretionary |
| 74909 | Required Reading for BAC5000 PSD 6-217 (74909) | Activity | Self Assigned | | Completed | Discretionary |
| 76144 | Required Reading for BAC5000 PSD 6-229 | Activity | Self Assigned | | Completed | Discretionary |
| 76158 | Required Reading for BAC5000 PSD 6-231 | Activity | Self Assigned | | Completed | Discretionary |
| 75693 | Required Reading for BAC5001-6 PSD 6-47 (75693) | Activity | Self Assigned | | Completed | Discretionary |
| 75705 | Required Reading for BAC5063-3 PSD 6-6 | Activity | Self Assigned | | Completed | Discretionary |
| 75955 | Required Reading for BAC5412 PSD 6-21 (75955) | Activity | Self Assigned | | Completed | Discretionary |
| 75728 | Required Reading for BAC5506 PSD 6-17 | Activity | Self Assigned | | Completed | Discretionary |
| | Required Reading for D6- | | | | | |

| ID | Title | Type | Date | Status | Category |
|---|---|---|---|---|---|
| 75665 | 36911 for the Week of 01/11/2010 | Activity Self Assigned | | Completed | Discretionary |
| 75695 | Required Reading for D6-36911 for the Week of 01/25/2010 | Activity Self Assigned | | Completed | Discretionary |
| 75821 | Required Reading for D6-36911 for the Week of 03/29/2010 | Activity Self Assigned | | Completed | Discretionary |
| 75458 | Required Reading for D6-36911 for the Week of 10/5/2009 (75458) | Activity Self Assigned | | Completed | Discretionary |
| 75552 | Required Reading for D6-36911 for the Week of 11/17/2009 (75552) | Activity Self Assigned | | Completed | Discretionary |
| 75599 | Required Reading for D6-36911 for the Week of 12/07/2009 | Activity Self Assigned | | Completed | Discretionary |
| 76091 | Required Reading for D6-36911 for the Week of 8/16/2010 (76091) | Activity Self Assigned | | Completed | Discretionary |
| TR015713 | Safe Usage of Utilities by 787 Final Assembly (TR015713) | Activity Self Assigned | | Completed | Discretionary |
| TR000171 | Slips Trips and Falls (TR000171) | Activity Self Assigned | | Completed | Discretionary |
| 74945 | Spotter Required for all 787 JLG and Scissor Lift Moves (74945) | Activity Mgr/Admin | | Completed | Required |
| 9CAB1TSTAK | Static-Safe Workstation TR (9CAB1TSTAK) | Activity Self Assigned | | Completed | Discretionary |
| TR006032 | TATS-Time And Temperature Sensitive Awareness (TR006032) | Activity Self Assigned | | Completed | Discretionary |
| 75601 | Tip Sheet for Notification of New Confined Space BPG {TS-2009-85} (75601) | Activity Self Assigned | | Completed | Discretionary |
| 75041 | Titanium Drilling Safety | Activity Mgr/Admin | | Completed | Required |
| TR001322 | Training Needs Analysis - 305XX (TR001322) | Activity Mgr/Admin | 05/30/2009 | Not Completed | Required |
| TR013383 | Traveller Safety Orientation - 747 Final Assembly (TR013383) | Activity Self Assigned | | Completed | Discretionary |
| 75363 | Unauthorized Rework within Airplane Programs (75363) | Activity Self Assigned | | Completed | Discretionary |
| TR011698 | Universal Vision Test (TR011698) | Activity Mgr/Admin | | Completed | Required |
| TR013327 | Velocity 787 Emergent Removal and Closure Process (TR013327) | Activity Self Assigned | 07/06/2009 | Dropped | Discretionary |
| TR005215 | Vision Test 20/20-Near (TR005215) | Activity Mgr/Admin | | Completed | Required |
| TR005216 | Vision Test 20/25-Near (TR005216) | Activity Mgr/Admin | | Completed | Required |
| TR005217 | Vision Test, Color Perception (TR005217) | Activity Mgr/Admin | | Completed | Required |
| TR015046 | Web Assembly Build and Decision Simulation (TR015046) | Activity Self Assigned | | Completed | Discretionary |
| 75321 | Wet Cell Instrumentation (75321) | Activity Mgr/Admin | | Completed | Required |

Add New Catalog Item to Plan    Add New Certification to Plan    Add New Curriculum to Plan    Add External Learning to Plan

| Not Certified | | | | Certified | |
|---|---|---|---|---|---|
| **R** | Recertification Allowed | **D** | Decertified | **M** | Meets Requirements |
| **i** | Requires Initial Certification | **N** | New Requirement | **C** | Caution - Within 90 Days of Expiring |
| **S** | Missing Supporting Certifications | | | | |