IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EARL EUGENE CLARK,<br>*Plaintiff*<br><br>v.<br><br>THE BOEING COMPANY,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-22-CA-490-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Final Judgment is rendered pursuant to FED. R. CIV. P. 58. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Earl Eugene Clark shall take nothing by his claims against Defendant The Boeing Company, and Plaintiff's claims against Defendant are **DISMISSED PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 31st day of January, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE